UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT



| | |
|---|---|
| H. JONATHAN FRANK, MORGAN FRANK and FRANK FAMILY 1996 TRUST (on behalf of themselves and REFLEXITE CORPORATION), | CIVIL ACTION NO: 3:03CV1014 (JBA) |
| Plaintiffs, | |
| vs. | |
| ARTHUR LOVETERE, CECIL URSPRUNG, LOUIS J. BACCEI, WORTH LOOMIS, THEODORE PATLOVICH, STEPHEN J. RAFFAY, WILLIAM P. ROWLAND, PETER EIO (individually and in their capacity as members of the Board of Directors of Reflexite Corporation) and REFLEXITE CORPORATION | |
| Defendants. | OCTOBER 29, 2003 |

**REPLY TO OPPOSITION TO MOTION FOR PROTECTIVE ORDER STAYING INTERMIM DISCOVERY PENDING DETERMINATION OF PLAINTIFFS' STANDING**

The defendant, Reflexite Corporation (the "Corporation") hereby files its Reply in response to the Opposition to Defendants' Motion for Protective Order Staying Interim Discovery. In response to Plaintiffs' Opposition, the Corporation adopts the arguments set forth in the Defendants', Arthur Lovetree, Louis J. Baccei, Worth Loomis, Theodore Patlovich, Stephen J. Raffay and Peter Eio (the "Outside Directors"), Reply Brief as well as those arguments set forth in William P. Rowland's Reply Brief. In addition, the Corporation would like to point out to the Court that Plaintiffs' reliance on Joy v. North 519 F. Supp. 1312

(D. Conn. 1981) and Joy v. North, 692 F. 2d 886 (2d. Cir. 1982) is misguided as Connecticut Statute has overruled those cases. See Finley v. Superior Court for the County of Orange, 80 Cal. App. 4th 1552, 1159 (Cal. Ct., App. 2000) (stating Joy v. North overruled by Conn. Gen. Stat. § 33-724).[1] The Corporation reserves the right to supplement this Reply Brief prior to the time limit set forth in Rule 9(g) of the Local Rules of Civil Procedure.

DEFENDANT
REFLEXITE CORPORATION

By _____
Craig A. Raabe – ct 04116
Jason M. Kuselias – ct20293
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
email: jkuselias@rc.com
email: craabe@rc.com
tel. no. (860) 275-8200
fax no. (860) 275-8299

---

[1] The Corporation intends to fully brief these issues in its Motion to Dismiss.

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was sent via facsimile and via first class mail, postage prepaid, on the 29th day of October, 2003, to:

Michael Considine, Esq.
Patricia M. Canavan, Esq.
Terence J. Gallagher, Esq.
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901

Richard M. Stassberg, Esq.
Jeffrey Alan Simes, Esq.
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022

James T. Shearin, Esq.
Sheila A. Denton, Esq.
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

Edward F. Spinella, Esq.
Reid and Riege, P.C.
One Financial Plaza
Hartford, CT 06103

James T. Cowdery, Esq.
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, CT 06103-2703

_____
Jason M. Kuselias

- 3 -