UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
|   |   |

H. JONATHAN FRANK, MORGAN FRANK,     *
AND FRANK FAMILY 1996 TRUST     *     DOCKET NO.
               Plaintiffs     *     3:03 CV 1014 (JBA)
    *

vs.     *
    *

ARTHUR LOVETERE, CECIL URSPRUNG,     *
LOUIS J. BACCEI, WORTH LOOMIS,     *
THEODORE PATLOVICH, STEPHEN J. RAFFAY,     *
WILLIAM P. ROWLAND, PETER EIO (individually     *
and in their capacity as members of the Board of     *
Directors Of Reflexite Corporation) and     *
REFLEXITE CORPORATION     *
             Defendants     *     October 31, 2003
    *

**REPLY TO OPPOSITION TO MOTION FOR**
**PROTECTIVE ORDER STAYING INTERIM DISCOVERY**
**PENDING DETERMINATION OF PLAINTIFFS' STANDING**

Defendant Cecil Ursprung ("Ursprung") hereby joins in the October 28, 2003

"Reply" filed by defendants Arthur LoVetere, Louis J. Baccei, Worth Loomis, Theodore

Patlovich, Stephen J. Raffay, and Peter Eio.

                         DEFENDANT
                         CECIL URSPRUNG

           By_____
                   Edward F. Spinella
                   Fed. Ct. No. ct00102
                   Reid and Riege, P.C.
                   One Financial Plaza
                   Hartford, CT 06103
                   Tel.  860-278-1150
                   Fax:  860-240-1002

12418.001/344150.1

## CERTIFICATION

I hereby certify that on the 31st day of October, 2003, a copy of the foregoing

Reply to Opposition to Motion for Protective Order Staying Interim Discovery Pending

Determination of Plaintiffs' Standing was sent by first class mail, postage prepaid, to:

| | |
|---|---|
| Michael Considine, Esq.<br>Patricia M. Canavan, Esq.<br>Day, Berry & Howard LLP<br>One Canterbury Green<br>Stamford, CT 06901<br>Tel. # (203) 977-7300<br>   *Attorneys for Plaintiffs* | Craig A. Raabe, Esq.<br>Jason J. Kuselias, Esq.<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT 06103-3597<br>Tel. # (860) 275-8200<br>   *Attorneys for Defendant*<br>   *Reflexite Corporation* |
| Richard M. Strassberg, Esq.<br>Jeffrey Alan Simes, Esq.<br>Goodwin Procter LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>Tel. # (212) 813-8800<br>   *Attorneys for Plaintiffs* | James T. Cowdery, Esquire<br>Cowdery, Ecker & Murphy, LLC<br>750 Main Street<br>Hartford, CT 06103-2703<br>Tel. # (860) 278-5555<br>   *Attorneys for Defendants*<br>   *Lovetere, Baccei, Loomis,*<br>   *Patlovich, Raffay, and Eio* |
| James T. Shearin, Esq.<br>Pullman & Comley, LLC<br>850 Main Street, P. O. Box 7006<br>Bridgeport, CT 06601<br>Tel. # (203) 330-2240<br>   *Attorneys for Defendant*<br>   *William P. Rowland* | |

_____
Edward F. Spinella

2