UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FRANK, ET AL             :

v.                       :        NO. 3:03cv1014 (JBA)

LOVETERE, ET AL          :

FILED
Nov 5  2 51 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

SCHEDULING ORDER/
ENDORSEMENT ORDER [DOC. #27]

Pursuant to the colloquy with counsel on the record 10/30/03, the following schedule is ordered:

1. Any amended pleadings will be filed by 10/30/03.

2. Defendants' Motion to Dismiss (Statute of Limitations, 12(b)(6), and 12(b)(1)) will be filed by 11/26/03.

3. Plaintiffs' Opposition will be filed by 12/17/03.

4. Defendants' Reply, if any, will be filed by 12/31/03.

5. Discovery on SLC action will be completed by 1/30/04.

6. A telephonic status conference on pending motions under Conn. Gen. Stat. § 33-724 will be held 1/16/04 at 2:30 p.m. Attorney Shearin will initiate the conference call.

7. Defendant's Motion for Protective Order Staying Interim Discovery [doc. #27] is GRANTED in part and DENIED in part.

IT IS SO ORDERED.

Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut:    October 31, 2003