UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FRANK, ET AL                          :
                                                    FILED
v.                                    : NO. 3:03cv1014 (JBA)  20 AM '03

LOVETERE, ET AL                       :         U.S. DISTRICT COURT
                                                NEW HAVEN, CONN.

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge JOAN G. MARGOLIS, for the following purpose(s):

- Settlement Conference:
  (Orefmisc.cnf)

✔ - Supervising discovery and resolving discovery disputes: *Including doc. #29, #30, #31, Motions for Protective Order.*
  (Orefmisc.dscv)

- Ruling:
  (Orefm.)

- Referred for hearing:
  (Orefcs.)

IT IS SO ORDERED.

Janet Bond Arterton
United States District Judge

Dated at New Haven, Connecticut: November 14, 2003