UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| H. JONATHAN FRANK, and FRANK FAMILY 1996 TRUST (on behalf of themselves and REFLEXITE CORPORATION) | CIVIL ACTION NO.: 3:03cv1014 (JBA) |
| Plaintiffs | |
| V. | |
| ARTHUR LOVETERE, CECIL URSPRUNG, LOUIS J. BACCEI, WORTH LOOMIS, THEODORE PATLOVICH, STEPHEN J. RAFFAY, WILLIAM P. ROWLAND, PETER EIO (individually and in their capacity as members of the Board of Directors of Reflexite Corporation) and REFLEXITE CORPORATION | |
| Defendants | NOVEMBER 26, 2003 |

## REFLEXITE'S MOTION TO DISMISS

The defendant, Reflexite Corporation ("Reflexite"), hereby moves to dismiss Counts One, Two, Five and Six of the plaintiffs', H. Jonathan Frank, and Frank Family 1996 Trust ("Plaintiffs"), amended complaint dated November 7, 2003. As set forth in the attached Memorandum of Law, Plaintiffs lack standing to maintain their claims and thus dismissal is appropriate pursuant to Fed. R. Civ. P. 12(b)(1). Furthermore, dismissal is appropriate under Fed. R. Civ. P. 12(b)(6) because the Plaintiffs have failed to allege a cause of action upon which relief can be granted.

Reflexite also adopts the arguments that are set forth in the other defendants' motions to dismiss.

**ORAL ARGUMENT REQUESTED.**

HART1-1143980-1

- 2 -

DEFENDANT
REFLEXITE CORPORATION


By _____
Craig A. Raabe – ct 04116
Jason M. Kuselias -- ct20293
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT  06103-3597
email:  jkuselias@rc.com
email:  craabe@rc.com
tel. no. (860) 275-8200
fax no. (860) 275-8299

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was sent via facsimile and via first class mail, postage prepaid, on the 26th day of November, 2003, to:

Michael Considine, Esq.
Patricia M. Canavan, Esq.
Terence J. Gallagher, Esq.
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901

Richard M. Stassberg, Esq.
Jeffrey Alan Simes, Esq.
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022

James T. Shearin, Esq.
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

Edward F. Spinella, Esq.
Reid and Riege, P.C.
One Financial Plaza
Hartford, CT 06103

James T. Cowdery, Esq.
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, CT 06103-2703

Jason M. Kuselias