# EXHIBIT C

Case 3:03-cv-01014-JBA   Document 40-8   Filed 11/26/2003   Page 1 of 2

January 5, 1979

Mr. H. Jonathan Frank
Canfield Road/Book Hill
Essex, Connecticut  06426

Dear Jon:

In connection with your proposed purchase of Reflexite Corporation stock, we agree to keep you informed about any possible future sale of our stock in the company.

Before actually selling stock now owned by us that would result in a transfer of voting control to a third party, we will use all efforts that are reasonable to assure you the opportunity of selling your shares at the same price per share being offered to us.

Very truly yours

_____
Hugh Rowland

_____
William P. Rowland

_____
Frederick W. Haffenreffer