## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| H. JONATHAN FRANK, MORGAN FRANK AND FRANK FAMILY 1996 TRUST (on behalf of themselves and REFLEXITE CORPORATION) | CASE NUMBER: 3:03CV1014 (JBA) |
| Plaintiffs | |
| V. | |
| ARTHUR LOVETERE, CECIL URSPRUNG, LOUIS J. BACCEI, WORTH LOOMIS, THEODORE PATLOVICH, STEPHEN J. RAFFAY, WILLIAM P. ROWLAND, PETER EIO (individually and in their capacity as members of the Board of Directors of Reflexite Corporation) and REFLEXITE CORPORATION | |
| Defendants | November 26, 2003 |

### DEFENDANT WILLIAM P. ROWLAND'S MOTION TO DISMISS

Defendant, William P. Rowland ("Rowland") hereby moves to dismiss the First, Second, Third, Fourth and Sixth Counts of the Amended Complaint brought by Plaintiffs H. Jonathan Frank ("Frank") and the Frank Family 1996 Trust (the "Trust"), pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

The First and Second Counts allege breach of fiduciary duty against Defendant Reflexite Corporation ("Reflexite") and its directors based on the corporation's alleged purchase of some of the directors' stock. The First Count is styled as a derivative claim, and

the Second Count as a direct claim. Rowland moves to dismiss the First Count pursuant to Rule 12(b)(1) for lack of standing insofar as Frank is not a shareholder and neither Frank nor the Trust are fair and adequate representatives of the shareholders. The Second Count should be dismissed as to Frank pursuant to Rule 12(b)(1) for lack of standing since Frank is not a shareholder. It should also be dismissed pursuant to Rule 12(b)(6) as to both Plaintiffs for failure to state a claim, as Defendants' actions are governed by the business judgment rule, and are allowable under the law.

The Third Count alleges a breach of contract based on two agreements -- a 1979 Agreement between Frank and the founders of Reflexite, including Rowland, and a 1986 Shareholders' Agreement. the Fourth Count alleges promissory estoppel. Defendant Rowland moves to dismiss both of these claims under Rules 12(b)(1) and 12(b)(6). The Trust lacks standing under the 1979 Agreement, and Frank lacks standing under the Shareholders' Agreement. Moreover, the Third and Fourth Counts should be dismissed as to both Plaintiffs under Rule 12(b)(6) for failure to state a claim since Plaintiffs fail to plead facts that would meet the required elements of a claim for breach of contract or promissory estoppel.

Finally, the Sixth Count, seeking an accounting, is premised on the First and Second Counts and should likewise be dismissed.

In support of this Motion, Rowland has filed a separate Memorandum of Law in Support of Motion to Dismiss Amended Complaint with the two agreements that form the basis of Plaintiff's allegations in the Amended Complaint.

THE DEFENDANT
WILLIAM ROWLAND

By: _____
James T. Shearin, Esq. (ct 01326)
Sheila A. Denton, Esq. (ct 11436)
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
Telephone: (203) 330-2000
Facsimile: (203) 576-8888

## CERTIFICATION

     I hereby certify that a copy of the above was mailed on the date hereon to all counsel and pro se parties of record.

    James T. Cowdery, Esq.
    Sarah Merriam, Esq.
    Cowdery, Ecker & Murphy, LLC
    750 Main Street
    Hartford, CT 06103
    Telephone:   860-278-5555
    Facsimile:    860-249-0012

    Michael Considine, Esq.
    Patricia M. Canavan, Esq.
    Day, Berry & Howard, LLP
    One Canterbury Green
    Stamford, CT 06488
    Telephone:   203-977-7300
    Facsimile:    203-977-7301

    Richard M. Strassberg, Esq.
    Jeffrey Alan Simes, Esq.
    Goodwin Procter, LLP
    599 Lexington Avenue
    New York, NY 10022
    Telephone:   212-813-8800
    Facsimile:    212-355-3333

    Edward F. Spinella, Esq.
    Reid & Riege, P.C.
    One Financial Plaza
    Hartford, CT 06103
    Telephone:   860-240-1045
    Facsimile:    860-240-1002

Craig Raabe, Esq.
Jason M. Kuselias, Esq.
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103-3597
Telephone:    860-275-8352
Facsimile:     860-275-8299

                                             James T. Shearin, Esq.
                                             Sheila A. Denton, Esq.

BPRT/68721.1/AJW/499297v1