**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

——————————————————————
H. JONATHAN FRANK  and FRANK :    Docket No. 3:03CV01014 (JBA)
FAMILY 1996 TRUST,         :
                                :
         Plaintiffs,    :
                                :
v.                              :
                                :
ARTHUR LOVETERE, CECIL       :
URSPRUNG, LOUIS J. BACCEI,   :
WORTH LOOMIS, THEODORE      :
PATLOVICH, STEPHEN J. RAFFAY,:
WILLIAM P. ROWLAND, PETER EIO:
(individually and in their   :
capacity as members of the   :
Board of Directors of        :
Reflexite Corporation) and   :
REFLEXITE CORPORATION,      :
                                :
         Defendants.    :
——————————————————————:    November 26, 2003

**MOTION TO DISMISS**

The defendants Arthur LoVetere, Louis Baccei, Worth
Loomis, Theodore Patlovich, Stephen Raffay and Peter Eio
hereby move to dismiss Count One pursuant to Fed. R. Civ. P.
12(b)(1) for lack of subject matter jurisdiction, and to
dismiss Counts One, Two, Five and Six of the Amended Complaint
pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a
claim, all as set forth in the accompanying memorandum.

DEFENDANTS,
ARTHUR LOVETERE, LOUIS J. BACCEI,
WORTH LOOMIS, THEODORE PATLOVICH,
STEPHEN J. RAFFAY and PETER EIO


By: /s/ James T. Cowdery
    James T. Cowdery
    Cowdery, Ecker & Murphy, L.L.C.
    750 Main Street
    Hartford, CT    06103
    Tele.: (860) 278-5555
    Fax.:  (860) 249-0012
    E-mail: jcowdery@cemlaw.com
    Federal Bar No.: ct05103

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing Motion was sent on November 26, 2003, via U.S. Mail, first-class, postage pre-paid to all counsel of record as follows:

Michael Considine, Esq.
Patricia M. Canavan, Esq.
Terence J. Gallagher, Esq.
Day, Berry & Howard, LLP
One Canterbury Green
Stamford, CT 06901

Craig A. Raabe, Esq.
Jason M. Kuselias, Esq.
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103-3597

Richard M. Strassberg, Esq.
Jeffrey Alan Simes, Esq.
Goodwin Procter, LLP
599 Lexington Avenue
New York, NY 10022

Edward F. Spinella, Esq.
Reid and Riege, P.C.
One Financial Plaza
Hartford, CT 06103

James T. Shearin, Esq.
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT   06601-7006


_____
James T. Cowdery