UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
*
H. JONATHAN FRANK, MORGAN FRANK,      *
AND FRANK FAMILY 1996 TRUST           *        DOCKET NO.
                            Plaintiffs *        3:03 CV 1014 (JBA)
                                      *
vs.                                   *
                                      *
ARTHUR LOVETERE, CECIL URSPRUNG,      *
LOUIS J. BACCEI, WORTH LOOMIS,        *
THEODORE PATLOVICH, STEPHEN J. RAFFAY, *
WILLIAM P. ROWLAND, PETER EIO (individually *
and in their capacity as members of the Board of *
Directors Of Reflexite Corporation) and *
REFLEXITE CORPORATION                 *
                            Defendants *        December 1, 2003
_____
*

**DEFENDANT CECIL URSPRUNG'S MOTION FOR
PERMISSION TO FILE TARDY MOTION TO DISMISS**

Defendant Cecil Ursprung ("Ursprung") moves for permission to file his Motion

to Dismiss late.

The deadline for filing Defendant Ursprung's Motion to Dismiss was November

26, 2003. The undersigned was on vacation November 25 and 26, 2003 and his firm was

closed on November 27 and 28, 2003. The undersigned inadvertently allowed the

deadline to pass. Also, Defendant Ursprung did not receive Defendant Reflexite's

Motion to Dismiss and accompanying Memorandum of Law until December 1, 2003.

Defendant Ursprung intended to join Defendant Reflexite's Motion to Dismiss, assuming

the Motion appropriately addressed his concerns about the Plaintiffs' Amended

12418.001/346607.1

Complaint.  Defendant Ursprung has, after review, adopted Defendant Reflexite's Motion to Dismiss and accompanying Memorandum of Law.

Defendant Ursprung believes his Motion to Dismiss should be accepted by the Court since the delay was inadvertent and since the Plaintiffs will not be prejudiced by the late filing since his Motion to Dismiss adopts Reflexite's Motion to Dismiss.

DEFENDANT
CECIL URSPRUNG


By_____
        Edward F. Spinella
        Fed. Ct. No. ct00102
        Reid and Riege, P.C.
        One Financial Plaza
        Hartford, CT 06103
        Tel.  860-278-1150
        Fax:  860-240-1002

2

<u>CERTIFICATION</u>

I hereby certify that on the 1st day of December, 2003, a copy of the foregoing

Motion for Permission to File Tardy Motion to Dismiss was sent by facsimile and by first

class mail, postage prepaid, to:

Michael Considine, Esq.
Patricia M. Canavan, Esq.
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901
Tel. # (203) 977-7300
   *Attorneys for Plaintiffs*

Richard M. Strassberg, Esq.
Jeffrey Alan Simes, Esq.
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022
Tel. # (212) 813-8800
   *Attorneys for Plaintiffs*

James T. Shearin, Esq.
Pullman & Comley, LLC
850 Main Street, P. O. Box 7006
Bridgeport, CT 06601
Tel. # (203) 330-2240
   *Attorneys for Defendant*
   *William P. Rowland*

Craig A. Raabe, Esq.
Jason J. Kuselias, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. # (860) 275-8200
   *Attorneys for Defendant*
   *Reflexite Corporation*

James T. Cowdery, Esquire
Cowdery, Ecker & Murphy, LLC
750 Main Street
Hartford, CT 06103-2703
Tel. # (860) 278-5555
   *Attorneys for Defendants*
   *Lovetere, Baccei, Loomis,*
   *Patlovich, Raffay, and Eio*

_____
Edward F. Spinella

3