*EXHIBIT A*

January 5, 1979

Mr. H. Jonathan Frank
Canfield Road/Book Hill
Essex, Connecticut  06426

Dear Jon:

In connection with your proposed purchase of Reflexite Corpo-
ration stock, we agree to keep you informed about any possible
future sale of our stock in the company.

Before actually selling stock now owned by us that would re-
sult in a transfer of voting control to a third party, we will
use all efforts that are reasonable to assure you the opportunity
of selling your shares at the same price per share being offered
to us.

Very truly yours

Hugh Rowland

William P. Rowland

Frederick W. Haffenreffer