UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Joan G. Margolis, U. S. Magistrate Judge
141 Church Street
New Haven
Chambers Room 303

December 4, 2003

2:00 P.M.

*Held 2:08 - 2:12pm (4 min.)*

CASE NO. 3:03CV1014 (JBA)  **Frank v. Lovetere, et al.**

| | |
|---|---|
| Patricia M. Canavan<br>Day, Berry & Howard<br>One Canterbury Green<br>Stamford, CT 06901-2047<br>203-977-7300<br>pmcanavan@dbh.com | Frank Family 1996 Trust<br>H. Jonathan Frank<br>Morgan Frank |
| ✓ James T. Cowdery<br>Cowdery, Ecker & Murphy<br>750 Main St., Suite 910<br>Hartford, CT 06103-4477<br>860-278-5555<br>860-249-0012 (fax)<br>jcowdery@cemlaw.com | Arthur Lovetere<br>Louis J. Baccei<br>Peter Eio<br>Stephen J. Raffay<br>Theodore Patlovich<br>Worth Loomis |
| Sheila Anne Denton<br>Pullman & Comley, LLC<br>850 Main Street<br>P.O. Box 7006<br>Bridgeport, CT 06601-7006<br>203-330-2205<br>203-576-8888 (fax)<br>sdenton@pullcom.com | William P. Rowland |
| ✓ Terence J. Gallagher, III.<br>Day, Berry & Howard<br>One Canterbury Green<br>Stamford, CT 06901-2047<br>203-977-7300<br>203-977-7301 (fax)<br>tjgallagher@dbh.com | Frank Family 1996 Trust<br>H. Jonathan Frank<br>Morgan Frank |