FILED
DEC 1 1 27 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

H. JONATHAN FRANK, MORGAN FRANK,
AND FRANK FAMILY 1996 TRUST
                          Plaintiffs

vs.

ARTHUR LOVETERE, CECIL URSPRUNG,
LOUIS J. BACCEI, WORTH LOOMIS,
THEODORE PATLOVICH, STEPHEN J. RAFFAY,
WILLIAM P. ROWLAND, PETER EIO (individually
and in their capacity as members of the Board of
Directors Of Reflexite Corporation) and
REFLEXITE CORPORATION
                          Defendants

DOCKET NO.
3:03 CV 1014 (JBA)

December 1, 2003

### DEFENDANT CECIL URSPRUNG'S MOTION FOR PERMISSION TO FILE TARDY MOTION TO DISMISS

Defendant Cecil Ursprung ("Ursprung") moves for permission to file his Motion to Dismiss late.

The deadline for filing Defendant Ursprung's Motion to Dismiss was November 26, 2003. The undersigned was on vacation November 25 and 26, 2003 and his firm was closed on November 27 and 28, 2003. The undersigned inadvertently allowed the deadline to pass. Also, Defendant Ursprung did not receive Defendant Reflexite's Motion to Dismiss and accompanying Memorandum of Law until December 1, 2003. Defendant Ursprung intended to join Defendant Reflexite's Motion to Dismiss, assuming the Motion appropriately addressed his concerns about the Plaintiffs' Amended

12418.001/346607.1

*[Handwritten margin annotations:]*
- 03cv1014 mot per mis dismiss / end
- Motion GRANTED, absent objection. Dated: 12/4/03 IT IS SO ORDERED. /s/ Janet Bond Arterton, U.S.D.J., New Haven, Ct.
- The Clerk is directed to docket attached Motion to Dismiss.