UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| H. JONATHAN FRANK, MORGAN FRANK, AND FRANK FAMILY 1996 TRUST<br>　　　　　　　　　　Plaintiffs<br><br>vs.<br><br>ARTHUR LOVETERE, CECIL URSPRUNG, LOUIS J. BACCEI, WORTH LOOMIS, THEODORE PATLOVICH, STEPHEN J. RAFFAY, WILLIAM P. ROWLAND, PETER EIO (individually and in their capacity as members of the Board of Directors Of Reflexite Corporation) and REFLEXITE CORPORATION<br>　　　　　　　　　　Defendants | DOCKET NO.<br>3:03 CV 1014 (JBA)<br><br><br><br><br><br><br><br><br><br>December 1, 2003 |

## DEFENDANT CECIL URSPRUNG'S
## MOTION TO DISMISS

Defendant Cecil Ursprung ("Ursprung") moves to dismiss Count One of the Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction. Defendant Ursprung moves to dismiss Counts One, Two, Five, and Six of the Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim.

Defendant Ursprung adopts the other defendants' Motions to Dismiss and accompanying memoranda of law.

12418.001/346612.1

DEFENDANT
CECIL URSPRUNG


By_____
    Edward F. Spinella
    Fed. Ct. No. ct00102
    Reid and Riege, P.C.
    One Financial Plaza
    Hartford, CT 06103
    Tel.  860-278-1150
    Fax: 860-240-1002


## CERTIFICATION

I hereby certify that on the 1st day of December, 2003, a copy of the foregoing Motion to Dismiss was sent by facsimile and by first class mail, postage prepaid, to:

| | |
|---|---|
| Michael Considine, Esq. | Craig A. Raabe, Esq. |
| Patricia M. Canavan, Esq. | Jason J. Kuselias, Esq. |
| Day, Berry & Howard LLP | Robinson & Cole LLP |
| One Canterbury Green | 280 Trumbull Street |
| Stamford, CT 06901 | Hartford, CT 06103-3597 |
| Tel. # (203) 977-7300 | Tel. # (860) 275-8200 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant Reflexite Corporation* |
| | |
| Richard M. Strassberg, Esq. | |
| Jeffrey Alan Simes, Esq. | James T. Cowdery, Esquire |
| Goodwin Procter LLP | Cowdery, Ecker & Murphy, LLC |
| 599 Lexington Avenue | 750 Main Street |
| New York, NY 10022 | Hartford, CT 06103-2703 |
| Tel. # (212) 813-8800 | Tel. # (860) 278-5555 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants Lovetere, Baccei, Loomis, Patlovich, Raffay, and Eio* |

12418.001/344150.1

    James T. Shearin, Esq.
    Pullman & Comley, LLC
    850 Main Street, P. O. Box 7006
    Bridgeport, CT 06601
    Tel. # (203) 330-2240
      *Attorneys for Defendant*
      *William P. Rowland*

                                                         _____
                                                             Edward F. Spinella