# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

H. JONATHAN FRANK, et al.

v.

ARTHUR LOVETERE, et al.

**APPEARANCE**

CASE NUMBER:    3:03CV01014 (JBA)

To the Clerk of this Court and all parties of record:

**Enter my appearance as counsel in this case for:** defendants Arthur Lo Vetere, Louis Baccei, Worth Loomis, Theodore Patlovich, Stephen Raffay and Peter Eio.

| | |
|---|---|
| December 15, 2003 | _/s/_ |
| **Date** | **Signature** |
| ct25379 | Sarah A. L. Merriam |
| **Connecticut Federal Bar Number** | **Print Clearly or Type Name** |
| | Cowdery, Ecker & Murphy, L.L.C. |
| (860) 278-5555 | 750 Main Street |
| **Telephone Number** | **Address** |
| (860) 249-0012 | Hartford, CT 06103 |
| **Fax Number** | **Address** |
| smerriam@cemlaw.com | |
| **E-mail Address** | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

See attached.

Sarah A. L. Merriam

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing Appearance was sent on December 15, 2003, via U.S. Mail, first-class, postage pre-paid to all counsel of record as follows:

Richard M. Strassberg, Esq.
Jeffrey Alan Simes, Esq.
Goodwin Procter, LLP
599 Lexington Avenue
New York, NY 10022

Michael Considine, Esq.
Patricia M. Canavan, Esq.
Terence J. Gallagher, Esq.
Day, Berry & Howard, LLP
One Canterbury Green
Stamford, CT 06901

Craig A. Raabe, Esq.
Jason M. Kuselias, Esq.
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103-3597

Edward F. Spinella, Esq.
Reid and Riege, P.C.
One Financial Plaza
Hartford, CT 06103

James T. Shearin, Esq.
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT   06601-7006

_____
Sarah A. L. Merriam