UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| H. JONATHAN FRANK and FRANK FAMILY 1996 TRUST (on behalf of themselves and REFLEXITE CORPORATION), | : <br> : <br> : <br> : | Civil Action No.: <br> 3:03-CV-1014(JBA) |
| Plaintiffs, | : <br> : | |
| v. | : <br> : | |
| ARTHUR LOVETERE, CECIL URSPRUNG, LOUIS J. BACCEI, WORTH LOOMIS, THEODORE PATLOVICH, STEPHEN J. RAFFAY, WILLIAM P. ROWLAND, PETER EIO (individually and in their capacity as members of the Board of Directors of Reflexite Corporation) and REFLEXITE CORPORATION, | : <br> : <br> : <br> : <br> : <br> : <br> : | DECEMBER 16 2003 |
| Defendants. | : | |

Please take notice that Plaintiffs have manually filed the following document:

Compendium of Unreported Authority

This document has not been filed electronically because:

[ ]  the document cannot be converted to an electronic format
[X]  the electronic file size of the document exceeds 1.5 megabytes
[ ]  the document is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ]  Plaintiff/Defendant is excused from filing this document by Court order.

The document has been manually served on all parties.

        Respectfully submitted,

        H. JONATHAN FRANK and
        1996 FRANK FAMILY TRUST,


        _____
        Michael G. Considine (ct 16023)
        Terence J. Gallagher (ct 22415)
        DAY, BERRY & HOWARD LLP
        One Canterbury Green
        Stamford, CT  06901
        (203) 977-7300  phone
        (203) 977-7301  fax

        -and-

        Richard A. Strassberg (ct 24905)
        Jeffrey A. Simes (ct 24906)
        GOODWIN PROCTER LLP
        599 Lexington Avenue
        New York, New York 10022
        (212) 813-8800

## **CERTIFICATION**

    This is to certify that a copy of the foregoing was sent via overnight courier, postage prepaid, this 16th day of December, 2003, to:

    James T. Cowdery, Esq.
    Cowdery, Ecker & Murphy, L.L.C.
    750 Main Street
    Hartford, CT 06103-2703
    (860) 278-5555

    Edward F. Spinella, Esq.
    Reid and Riege, P.C.
    One Financial Plaza
    Hartford, CT 06103
    (860) 240-1045

    James T. Shearin, Esq.
    Pullman & Comley, LLC
    850 Main Street, P.O. Box 7006
    Bridgeport, CT 06601-7006
    Phone:  (203) 330-2000

    Craig A. Raabe, Esq.
    Jason M. Kuselias, Esq.
    Robinson & Cole LLP
    280 Trumbull Street
    Hartford, CT 06103-3597
    (860) 275-8299

    _____
    Terence J. Gallagher