UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| H. JONATHAN FRANK, MORGAN FRANK, AND FRANK FAMILY 1996 TRUST<br>Plaintiffs<br><br>vs.<br><br>ARTHUR LOVETERE, CECIL URSPRUNG, LOUIS J. BACCEI, WORTH LOOMIS, THEODORE PATLOVICH, STEPHEN J. RAFFAY, WILLIAM P. ROWLAND, PETER EIO (individually and in their capacity as members of the Board of Directors Of Reflexite Corporation) and REFLEXITE CORPORATION<br>Defendants | DOCKET NO.<br>3:03 CV 1014 (JBA)<br><br><br><br><br><br><br><br><br><br>December 31, 2003 |

## DEFENDANT CECIL URSPRUNG'S REPLY MEMORANDUM IN FURTHER SUPPORT OF HIS MOTION TO DISMISS

Defendant Cecil Ursprung hereby joins and adopts "Defendant Rowland's Reply to Plaintiffs' Consolidated Opposition to Defendants' Motion to Dismiss Amended Complaint," "Reply Memorandum In Further Support of Motion to Dismiss Amended Complaint" filed by Defendants LoVetere, Baccei, Loomis, Patlovich, Raffay, and Eio, and "Brief in Further Support of Reflexite's Motion to Dismiss."

12418.001/349075.1

          DEFENDANT
          CECIL URSPRUNG

By _____/s/ E.F. Spinella_____
    Edward F. Spinella
    Fed. Ct. No. ct00102
    Reid and Riege, P.C.
    One Financial Plaza
    Hartford, CT 06103
    Tel. 860-278-1150
    Fax: 860-240-1002

## CERTIFICATION

I hereby certify that on the 31st day of December, 2003, a copy of the foregoing motion was sent by first class mail, postage prepaid, to:

| | |
|---|---|
| Michael Considine, Esq.<br>Patricia M. Canavan, Esq.<br>Day, Berry & Howard LLP<br>One Canterbury Green<br>Stamford, CT 06901<br>Tel. # (203) 977-7300<br>*Attorneys for Plaintiffs* | Craig A. Raabe, Esq.<br>Jason J. Kuselias, Esq.<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT 06103-3597<br>Tel. # (860) 275-8200<br>*Attorneys for Defendant<br>Reflexite Corporation* |
| Richard M. Strassberg, Esq.<br>Jeffrey Alan Simes, Esq.<br>Goodwin Procter LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>Tel. # (212) 813-8800<br>*Attorneys for Plaintiffs* | James T. Cowdery, Esquire<br>Cowdery, Ecker & Murphy, LLC<br>750 Main Street<br>Hartford, CT 06103-2703<br>Tel. # (860) 278-5555<br>*Attorneys for Defendants<br>Lovetere, Baccei, Loomis,<br>Patlovich, Raffay, and Eio* |

12418.001/349075.1

James T. Shearin, Esq.
Pullman & Comley, LLC
850 Main Street, P. O. Box 7006
Bridgeport, CT 06601
Tel. # (203) 330-2240
   *Attorneys for Defendant*
   *William P. Rowland*

_____
Edward F. Spinella