UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| H. JONATHAN FRANK, MORGAN FRANK, AND FRANK FAMILY 1996 TRUST<br>    Plaintiffs<br><br>vs.<br><br>ARTHUR LOVETERE, CECIL URSPRUNG, LOUIS J. BACCEI, WORTH LOOMIS, THEODORE PATLOVICH, STEPHEN J. RAFFAY, WILLIAM P. ROWLAND, PETER EIO (individually and in their capacity as members of the Board of Directors Of Reflexite Corporation) and REFLEXITE CORPORATION<br>    Defendants | * * * * * * * * * * * * * * | DOCKET NO.<br>3:03 CV 1014 (JBA)<br><br><br><br><br><br><br><br><br><br>December 31, 2003 |

### DEFENDANT CECIL URSPRUNG'S REPLY MEMORANDUM IN FURTHER SUPPORT OF HIS MOTION TO DISMISS

Defendant Cecil Ursprung hereby joins and adopts "Defendant Rowland's Reply to Plaintiffs' Consolidated Opposition to Defendants' Motion to Dismiss Amended Complaint," "Reply Memorandum In Further Support of Motion to Dismiss Amended Complaint" filed by Defendants LoVetere, Baccei, Loomis, Patlovich, Raffay, and Eio, and "Brief in Further Support of Reflexite's Motion to Dismiss."

12418.001/349075.1

DEFENDANT
CECIL URSPRUNG

By *[signature]*
Edward F. Spinella
Fed. Ct. No. ct00102
Reid and Riege, P.C.
One Financial Plaza
Hartford, CT 06103
Tel. 860-278-1150
Fax: 860-240-1002

## CERTIFICATION

I hereby certify that on the 31st day of December, 2003, a copy of the foregoing motion was sent by first class mail, postage prepaid, to:

Michael Considine, Esq.
Patricia M. Canavan, Esq.
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901
Tel. # (203) 977-7300
  *Attorneys for Plaintiffs*

Richard M. Strassberg, Esq.
Jeffrey Alan Simes, Esq.
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022
Tel. # (212) 813-8800
  *Attorneys for Plaintiffs*

Craig A. Raabe, Esq.
Jason J. Kuselias, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. # (860) 275-8200
  *Attorneys for Defendant*
  *Reflexite Corporation*

James T. Cowdery, Esquire
Cowdery, Ecker & Murphy, LLC
750 Main Street
Hartford, CT 06103-2703
Tel. # (860) 278-5555
  *Attorneys for Defendants*
  *Lovetere, Baccei, Loomis,*
  *Patlovich, Raffay, and Eio*

2

12418.001/349075.1

James T. Shearin, Esq.
Pullman & Comley, LLC
850 Main Street, P. O. Box 7006
Bridgeport, CT 06601
Tel. # (203) 330-2240
   *Attorneys for Defendant*
   *William P. Rowland*

                                             _____
                                             Edward F. Spinella