UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| H. JONATHAN FRANK, AND FRANK FAMILY 1996 TRUST (on behalf of themselves AND REFLEXITE CORPORATION) | : CIVIL ACTION NO.<br>: 3:03 CV-1014 (JBA) |
| Plaintiffs, | : |
| V. | : |
| ARTHUR LOVETERE, CECIL URSPRUNG, LOUIS J. BACCEI, WORTH LOOMIS, THEODORE PATLOVICH, STEPHEN J. RAFFAY, WILLIAM P. ROWLAND, PETER EIO (individually and in their capacity as members of the Board of Directors of Reflexite Corporation) and REFLEXITE CORPORATION | : JANUARY 14, 2004 |
| Defendants. | : |

U.S. DISTRICT COURT
NEW HAVEN, CONN.

### ENTRY OF APPEARANCE

TO:   Office of the Clerk
      United States District Court
      District of Connecticut
      141 Church Street
      New Haven, Connecticut 06510

Please enter the appearance of the undersigned in the above-captioned matter on behalf of Plaintiffs H. Jonathan Frank and the Frank Family 1996 Trust in addition to others already of record.

*[signature]*
Jonathan B. Tropp (ct11295)
Day, Berry & Howard LLP
One Canterbury Green
Stamford, Connecticut 06901
(203) 977-7300 – Telephone
(203) 977-7301 – Facsimile

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent via first-class mail, postage prepaid, this 14th day of January, 2004 to:

>James T. Cowdery, Esq.
>Cowdery, Ecker & Murphy, L.L.C.
>750 Main Street
>Hartford, CT 06103-2703
>(860) 278-5555

>Edward F. Spinella, Esq.
>Reid and Riege, P.C.
>One Financial Plaza
>Hartford, CT 06103
>(860) 240-1045

>James T. Shearin, Esq.
>Pullman & Comley, LLC
>850 Main Street, P.O. Box 7006
>Bridgeport, CT 06601-7006
>Phone: (203) 330-2000

>Craig A. Raabe, Esq.
>Jason M. Kuselias, Esq.
>Robinson & Cole LLP
>280 Trumbull Street
>Hartford, CT 06103-3597
>(860) 275-8299

_____
Jonathan B. Tropp