UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FRANK, ET AL           :

v.                     :    NO. 3:03cv1014 (JBA)

LOVETERE               :

FILED
Jan 30  11 30 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

### ORDER REVOKING ORDER OF REFERRAL [DOC. #39]

In the interest of justice, the Court hereby revokes the Order of Referral to Magistrate Judge Margolis [dated 11/17/03].

IT IS SO ORDERED.

Janet Bond Arterton
United States District Judge

Dated at New Haven, Connecticut: **January 29, 2004**