UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FRANK, ET AL            :

v.                      :      NO. 3:03cv1014 (JBA)

LOVETERE, ET AL         :

## AMENDED SCHEDULING ORDER

Pursuant to the colloquy with counsel on the record 1/29/04, the following schedule is ordered:

1. SLC discovery will be completed by 3/31/04.

2. Motion to Dismiss under Conn. Gen. Stat. § 33-724 will be filed by 4/30/04; opposition will be filed by 5/21/04; any reply will be filed by 6/4/04.

IT IS SO ORDERED.

Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut:   **January 29, 2004**