# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| H. JONATHAN FRANK, AND THE FRANK FAMILY 1996 TRUST (on behalf of themselves and REFLEXITE CORPORATION) | CASE NUMBER: 3:03CV1014 (JBA) |
| Plaintiffs | |
| V. | |
| ARTHUR LOVETERE, CECIL URSPRUNG, LOUIS J. BACCEI, WORTH LOOMIS, THEODORE PATLOVICH, STEPHEN J. RAFFAY, WILLIAM P. ROWLAND, PETER EIO (individually and in their capacity as members of the Board of Directors of Reflexite Corporation) and REFLEXITE CORPORATION | February 12, 2004 |
| Defendants | |

### MOTION TO WITHDRAW AS COUNSEL

The undersigned moves to withdraw as counsel on behalf of William P. Rowland (hereinafter "Mr. Rowland"). This motion is made pursuant to Local Rule 7(e) seeking an order authorizing my withdrawal of appearance as counsel on behalf of Mr. Rowland. The basis for withdrawal is that as of March 1, 2004, I will no longer be practicing law with the firm of Pullman & Comley, LLC which firm presently serves and which will continue to serve as counsel for Mr. Rowland as the appearance of James T. Shearin of Pullman & Comley, LLC is on file.

**WHEREFORE,** Sheila Anne Denton respectfully requests this Court enter an order permitting the withdrawal of her appearance as counsel to Mr. Rowland in this matter and for such other relief this Court deems just and proper.

```
                                    THE DEFENDANT
                                    WILLIAM P. ROWLAND


                            By:     _____
                                    Sheila A. Denton (ct11436)
                                    Pullman & Comley, LLC
                                    850 Main Street, P.O. Box 7006
                                    Bridgeport, CT 06601-7006
                                    Telephone (203) 330-2000
```

## CERTIFICATION

Pursuant to Fed. R. Civ. P. Rule 5(b), I hereby certify that a copy of the above was mailed on the date hereon to all counsel and pro se parties of record.

James T. Cowdery, Esq.
Sarah Merriam, Esq.
Cowdery, Ecker & Murphy, LLC
750 Main Street
Hartford, CT 06103
Telephone:    860-278-5555
Facsimile:    860-249-0012

Michael Considine, Esq.
Patricia M. Canavan, Esq.
Day, Berry & Howard, LLP
One Canterbury Green
Stamford, CT 06488
Telephone:    203-977-7300
Facsimile:    203-977-7301

Richard M. Strassberg, Esq.
Jeffrey Alan Simes, Esq.
Goodwin Procter, LLP
599 Lexington Avenue
New York, NY 10022
Telephone:    212-813-8800
Facsimile:    212-355-3333

Edward F. Spinella, Esq.
Reid & Riege, P.C.
One Financial Plaza
Hartford, CT 06103
Telephone:    860-240-1045
Facsimile:    860-240-1002

Craig Raabe, Esq.
Jason M. Kuselias, Esq.
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103-3597
Telephone:     860-275-8352
Facsimile:     860-275-8299

_____
Sheila A. Denton

BPRT/68721.1/SXD/507089v1