# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| H. JONATHAN FRANK, AND THE FRANK FAMILY 1996 TRUST (on behalf of themselves and REFLEXITE CORPORATION) | CASE NUMBER: 3:03CV1014 (JBA) |
| Plaintiffs | |
| V. | |
| ARTHUR LOVETERE, CECIL URSPRUNG, LOUIS J. BACCEI, WORTH LOOMIS, THEODORE PATLOVICH, STEPHEN J. RAFFAY, WILLIAM P. ROWLAND, PETER EIO (individually and in their capacity as members of the Board of Directors of Reflexite Corporation) and REFLEXITE CORPORATION | February 12, 2004 |
| Defendants | |

### MOTION TO WITHDRAW AS COUNSEL

The undersigned moves to withdraw as counsel on behalf of William P. Rowland (hereinafter "Mr. Rowland"). This motion is made pursuant to Local Rule 7(e) seeking an order authorizing my withdrawal of appearance as counsel on behalf of Mr. Rowland. The basis for withdrawal is that as of March 1, 2004, I will no longer be practicing law with the firm of Pullman & Comley, LLC which firm presently serves and which will continue to serve as counsel for Mr. Rowland as the appearance of James T. Shearin of Pullman & Comley, LLC is on file.

---

*Margin annotations:*

2/20/04: Motion to Withdraw Appearance GRANTED. The Court notes the appearance on the record of Attorney Shearin.

IT IS SO ORDERED.
Dated at New Haven, Connecticut.

Janet Bond Arterton, U.S.D.J.