UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

MAR 30  11 41 AM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | | |
|---|---|---|
| H. JONATHAN FRANK and FRANK FAMILY 1996 TRUST (on behalf of themselves and REFLEXITE CORPORATION), | : : : : | Civil Action No.: 3:03-CV-1014(JBA) |
| Plaintiffs, | : : | |
| v. | : : | |
| ARTHUR LOVETERE, CECIL URSPRUNG, LOUIS J. BACCEI, WORTH LOOMIS, THEODORE PATLOVICH, STEPHEN J. RAFFAY, WILLIAM P. ROWLAND, PETER EIO (individually and in their capacity as members of the Board of Directors of Reflexite Corporation) and REFLEXITE CORPORATION, | : : : : : : : | MARCH 29, 2004 |
| Defendants. | : | |

**MOTION ON CONSENT FOR EXTENSION OF TIME**

Pursuant to Rule 7(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, Plaintiffs H. Jonathan Frank and the Frank Family 1996 Trust (collectively "the Franks") respectfully request that the Court extend the date for completion of discovery concerning the Special Litigation Committee ("SLC") of the Reflexite Board of Directors for an additional thirty days. The current date for completion of the Special Litigation Committee discovery is March 31, 2004. In support hereof, the Franks offer the accompanying Declaration of Jeffrey A. Simes, and represent as follows:

ORAL ARGUMENT REQUESTED

1. At a telephonic conference with the Court on October 30, 2003, defendants indicated that they would seek to dismiss the plaintiffs' derivative claims on the grounds that a Special Litigation Committee of the Reflexite Corporation Board of Directors rejected plaintiffs' demand. In anticipation of that motion, the Court permitted plaintiffs to take discovery concerning the Special Litigation Committee. The Court initially set the date for completion of that discovery for January 30, 2004.

2. The Special Litigation Committee Report was not produced to plaintiffs until December 4, 2003, however, and the files of the Special Litigation Committee were not produced by the defendants within the original SLC discovery deadline established by the Court. See Declaration of Jeffrey A. Simes ("Simes Decl."), ¶ 2.

3. On January 29, 2004, at a telephonic conference with the Court, the Court granted an extension of the date for completion of the Special Litigation Committee discovery to and including March 31, 2004. That date was selected in part on the representation of counsel for the members of the Special Litigation Committee that documents concerning the Special Litigation Committee would be produced within ten days of the conference. No documents were produced, however, until February 24, 2004. See Simes Decl., ¶ 3. Moreover, additional documents from the members of the Special Litigation Committee were first produced on March 12, 2004, during the deposition of one of the SLC members. See id. Further documents were produced as to another former member of the SLC on March 24, 2004, the day on which that member was deposed. See id.

4. Since receiving the documents, plaintiffs have deposed two of the members of the Special Litigation Committee and have sought to depose the attorneys for that committee as well as Cecil Ursprung, one of the directors of Reflexite. Id. at ¶ 4. The documents produced on

February 24, 2004 show that the attorneys for the Special Litigation Committee performed a considerable amount of the analysis involved, and the deposition of one of the Special Litigation Committee members, Louis Baccei, confirms that the attorneys for the Special Litigation Committee drafted the Report of the Committee with little input from the Committee members themselves. Id. Plaintiffs believe that certain handwritten notes prepared by the attorneys of the Special Litigation Committee also raise serious questions about both the independence of the members of the Committee, as well as the reasonableness of the inquiry performed by the Committee. Id.

5. In addition, the documents produced on February 24, 2004 demonstrate that Cecil Ursprung, one of the directors accused of engaging in unlawful activity, was involved in determining both the membership of the Special Litigation Committee, and the degree to which the Committee would rely upon outside counsel. Id. at ¶ 5.

6. In short, the Franks believe that the depositions of Mr. Ursprung and committee counsel are necessary to enable them to respond to the anticipated motion to dismiss. Id. at ¶ 6. Nevertheless, counsel for the Franks have been informed that those individuals will not be available to be deposed before the existing SLC discovery deadline, but will be available to be deposed some time in April. Id. at ¶ 7. Counsel are working together to identify mutually agreeable dates for these depositions. Id.

7. Accordingly, despite diligence on the part of the Franks, and progress towards completing this discovery, it will not be possible to complete the necessary discovery by the current deadline. Id. at ¶ 8. Therefore, the Franks request an additional thirty days to complete this discovery. This is plaintiffs' second request for an extension of time to complete Special Litigation Committee discovery.

8.	Counsel for the Franks has contacted counsel of record for the parties concerning the relief requested in this motion. Id. at ¶ 9. Counsel for the defendants have indicated that they consent to the extension of time requested herein, but they believe that the briefing schedule should be extended as well.

Wherefore, plaintiffs respectfully requests that the date for completion of Special Litigation Committee Discovery be extended through and including April 30, 2004.

Respectfully submitted,
PLAINTIFFS H. JONATHAN FRANK and
FRANK FAMILY 1996 TRUST (on behalf of
themselves and REFLEXITE CORPORATION)

By: _____
Richard A. Strassberg (ct24905)
Jeffrey A. Simes (ct24906)
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, New York 10022
(212) 813-8800 (phone)
(212) 355-3333 (fax)

-and-

Jonathan Tropp (ct11295)
Terence J. Gallagher (ct22415)
DAY, BERRY & HOWARD LLP
One Canterbury Green
Stamford, CT 06901
(203) 977-7300 (phone)
(203) 977-7301 (fax)

Their Attorneys

## **CERTIFICATION**

  This is to certify that a copy of the foregoing was sent via overnight courier, postage prepaid, this 29th day of March, 2004, to:

James T. Cowdery, Esq.
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555

Edward F. Spinella, Esq.
Reid and Riege, P.C.
One Financial Plaza
Hartford, CT 06103
(860) 240-1045

James T. Shearin, Esq.
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
Phone: (203) 330-2000

Craig A. Raabe, Esq.
Jason M. Kuselias, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
(860) 275-8299

_____
Jeffrey A. Simes