UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

Mar 30  11 41 AM '04

| | |
|---|---|
| H. JONATHAN FRANK and FRANK FAMILY 1996 TRUST (on behalf of themselves and REFLEXITE CORPORATION), | Civil Action No.: 3:03-CV-1014(JBA) |
| Plaintiffs, | |
| v. | |
| ARTHUR LOVETERE, CECIL URSPRUNG, LOUIS J. BACCEI, WORTH LOOMIS, THEODORE PATLOVICH, STEPHEN J. RAFFAY, WILLIAM P. ROWLAND, PETER EIO (individually and in their capacity as members of the Board of Directors of Reflexite Corporation) and REFLEXITE CORPORATION, | MARCH 29, 2004 |
| Defendants. | |

## DECLARATION OF JEFFREY A. SIMES

I, Jeffrey A. Simes, hereby depose and state as follows:

1. I am a member of the firm of Goodwin Procter LLP, counsel for the plaintiffs in this case. I offer this Declaration based on my personal knowledge and in support of the plaintiffs' Motion for Extension of Time as to the discovery deadline pertinent to the Special Litigation Committee formed by Reflexite Corporation ("Reflexite").

1. During a telephonic conference with the Court on October 30, 2003, defendants informed the Court that they intended to move to dismiss the plaintiffs' derivative claims on the grounds that a Special Litigation Committee of the Reflexite Corporation Board of Directors rejected plaintiffs' demand. The Court permitted plaintiffs to take discovery concerning the Special Litigation Committee in anticipation of that motion. The Court initially set the date for completion of that discovery for January 30, 2004.

2. It was more than a month later—on December 4, 2003—that the Report of the Special Litigation Committee was produced to plaintiffs. The file of the Special Litigation Committee were not produced by the defendants within the original SLC discovery deadline established by the Court.

3. In a telephone conference with the Court on January 29, 2004, the Court granted an extension of the date for completion of the Special Litigation Committee discovery to and including March 31, 2004. Counsel for the members of the Special Litigation Committee represented that documents concerning the Special Litigation Committee would be produced within ten days of the conference. No documents were produced, however, until February 24, 2004. (A true and correct copy of the letter from counsel for the members of the Special Litigation Committee, which was sent via overnight mail on February 23, 2004, is attached hereto as Exhibit A.) Moreover, additional documents from the members of the Special Litigation Committee were first produced on March 12, 2004, during the deposition of one of the SLC members. Further documents were produced as to another former member of the SLC on March 24, 2004, the day on which that member was deposed. (True and correct copies of the March 12 and March 24, 2004 letters from counsel enclosing the additional documents are attached hereto as Exhibit B.)

4. Since receiving the documents, plaintiffs have deposed two of the members of the Special Litigation Committee and have requested the depositions of the attorneys for that Committee as well as Cecil Ursprung, one of the directors of Reflexite. The documents produced on February 24, 2004 show that the attorneys for the Special Litigation Committee performed a considerable amount of the analysis involved, and the deposition of one of the Special Litigation Committee members, Louis Baccei, confirms that the attorneys for the Special

Litigation Committee drafted the Report of the Committee with little input from the Committee members themselves. Plaintiffs believe that certain handwritten notes prepared by the attorneys of the Special Litigation Committee also raise serious questions about both the independence of the members of the Committee, as well as the reasonableness of the inquiry performed by the Committee. These notes, for example, indicate that several persons with relevant information were not interviewed, and that the interviews of other witnesses were perfunctory and did not address several of the issues raised in the demand letter. The notes also suggest that Reflexite's concerns over legal fees caused the Special Litigation Committee to curtail the work of the Committee's counsel, and caused the Committee to consider using Reflexite's ordinary counsel instead, even though that counsel had advised Reflexite on the challenged transactions.

5. In addition, the documents produced on February 24, 2004 demonstrate that Cecil Ursprung, one of the directors accused of engaging in unlawful activity, was involved in determining both the membership of the Special Litigation Committee, and the degree to which the Committee would rely upon outside counsel. Notes taken by counsel for the Special Litigation Committee, for example, demonstrate that Mr. Ursprung's concerns over the expenditures of the Committee were communicated to the Committee members who then asked counsel for the Committee to stop all work. The documents further show that Mr. Ursprung played some role in approving the resignation of former Special Litigation Committee Chairperson Worth Loomis.

6. Because the evidence suggests that the depositions of Mr. Ursprung and Committee counsel are necessary to enable them to respond to the anticipated motion to dismiss, the Franks renewed their previously-noticed requests for those depositions on March 12, 2004. (True and correct copies of the letters sent to counsel for the Committee and counsel for Mr.

Ursprung are attached hereto as Exhibit C.)  A Subpoena had been served on Cummings & Lockwood, counsel for the Special Litigation Committee, on or about December 22, 2003. A Notice of Deposition of Mr. Ursprung had been served on September 5, 2003.

7. On March 16, 2004, counsel for James Lotstein and Peter Hull—the lawyers who represent the Special Litigation Committee—wrote to inform counsel for the plaintiffs that the depositions of Mr. Lotstein and Mr. Hull could not be completed before March 31, 2004. On March 24, 2004, in response to a letter from me inquiring about available dates, counsel for Mr. Lotstein and Mr. Hull informed me that the earliest date on which Mr. Lotstein and Mr. Hull could be deposed was April 19, 2004. (True and correct copies of the letters from counsel for Mr. Lotstein and Mr. Hull are attached hereto as Exhibit D.)  In addition, counsel for Mr. Ursprung has informed me that Mr. Ursprung is not likely to be available to be deposed until April. Thus, while we are working with counsel to establish mutually agreeable dates for the depositions, it appears that the only available dates will be in April, and not prior to the March 31, 2004 deadline.

8. Accordingly, despite diligence on the part of the Franks, and progress towards completing this discovery, it will not be possible to complete the necessary discovery by the current deadline. Therefore, the Franks request an additional thirty days to complete this discovery. This is plaintiffs' second request for an extension of time to complete Special Litigation Committee discovery.

9. Counsel for the Franks has contacted counsel of record for the parties concerning the relief requested in this motion. Counsel for the defendants have indicated that they consent to the extension of time requested herein, but they believe that the briefing schedule should be extended as well.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 29, 2004.

_____
Jeffrey A. Simes

LAW OFFICES OF

# COWDERY, ECKER & MURPHY, L.L.C.

750 MAIN STREET

HARTFORD, CONNECTICUT 06103-2703

www.cemlaw.com

JAMES T. COWDERY
STEVEN D. ECKER
THOMAS J. MURPHY
JAMES R. SMART
SARAH A.L. MERRIAM
GEORGE C. JEPSEN, OF COUNSEL

TELEPHONE (860) 278-5555
FACSIMILE (860) 249-0012

WRITER'S E-MAIL:
jcowdery@cemlaw.com

February 23, 2004

**BY FEDERAL EXPRESS**

Jeffrey A. Simes, Esq.
Goodwin Procter
599 Lexington Avenue
New York, NY 10022

>   Re:   <u>H. Jonathan Frank, et al. v. Arthur LoVetere, et al.</u>
>         Civil Action No. 3:03CV1014 (JBA)

Dear Jeff:

   Enclosed are copies of the contents of Cummings & Lockwood's file for the Reflexite Special Litigation Committee. The documents are Bates-stickered CL 00001 - CL 01987.

   The file was reviewed by Peter Hull and James Lotstein, who have removed a small number of documents on the basis of the work-product privilege. Nobody from my office examined the files prior to Mr. Hull and Mr. Lotstein's review, and we have not seen the documents as to which the privilege is claimed. Mr. Hull has prepared a privilege log, which is enclosed.

   Thank you for your patience in this matter; as you know, the task of obtaining and reviewing these files turned out to be more complicated than any of us had expected.

COWDERY, ECKER & MURPHY, L.L.C.

Jeffrey A. Simes, Esq.
February 23, 2004
Page 2


If you have any questions, please do not hesitate to call.


Very truly yours,

James T. Cowdery


JTC:salm
Enclosures

cc:   Jason M. Kuselias, Esq. (w/privilege log only)
      James T. Shearin, Esq. (w/privilege log only)
      Edward F. Spinella, Esq. (w/privilege log only)
      Robert Dolian, Esq. (w/privilege log only)
      Peter Hull, Esq. (w/privilege log only)
      James Lotstein, Esq. (w/privilege log only)

LAW OFFICES OF
## COWDERY, ECKER & MURPHY, L.L.C.
750 MAIN STREET

HARTFORD, CONNECTICUT 06103-2703

www.cemlaw.com

JAMES T. COWDERY
STEVEN D. ECKER
THOMAS J. MURPHY
JAMES R. SMART
SARAH A.L. MERRIAM
GEORGE C. JEPSEN, OF COUNSEL

TELEPHONE (860) 278-5555
FACSIMILE (860) 249-0012

WRITER'S E-MAIL:
smerriam@cemlaw.com

March 12, 2004

**BY FEDERAL EXPRESS**

Jeffrey A. Simes, Esq.
Goodwin Procter
599 Lexington Avenue
New York, NY 10022

    Re:  H. Jonathan Frank, et al. v. Arthur LoVetere, et al.
          Civil Action No. 3:03CV1014 (JBA)

Dear Jeff:

Enclosed are copies of Lou Baccei's documents responsive to your Request for Production dated February 18, 2004. A privilege log is attached describing the documents that have not been included.

If you have any questions, please do not hesitate to call.

                          Sincerely,

                          Sarah A. L. Merriam

Enclosures

cc w/encl.:    Jason M. Kuselias, Esq.
                   James T. Shearin, Esq.
                   Edward F. Spinella, Esq.
                   Lou Baccei

LAW OFFICES OF

## COWDERY, ECKER & MURPHY, L.L.C.

750 MAIN STREET

HARTFORD, CONNECTICUT 06103-2703

www.cemlaw.com

JAMES T. COWDERY
STEVEN D. ECKER
THOMAS J. MURPHY
JAMES R. SMART
SARAH A.L. MERRIAM
GEORGE C. JEPSEN, OF COUNSEL

TELEPHONE (860) 278-5555
FACSIMILE (860) 249-0012

WRITER'S E-MAIL:
smerriam@cemlaw.com

March 24, 2004

**BY HAND**

Jeffrey A. Simes, Esq.
Goodwin Procter
599 Lexington Avenue
New York, NY 10022

    Re:  H. Jonathan Frank, et al. v. Arthur LoVetere, et al.
         Civil Action No. 3:03CV1014 (JBA)

Dear Jeff:

    This letter is a supplemental response to your Request for Production dated February 18, 2004. Upon further review of his files, Mr. Loomis discovered a number of documents which are responsive to your request. Most of the documents are privileged; a few are not. A privilege log is attached hereto, reflecting those documents which have been withheld on the basis of the attorney-client and work product privileges. Copies of the non-privileged documents are enclosed, with two exceptions: Mr. Loomis' copy of the summons and original complaint, and a copy of the December 30, 2003 Reply Memorandum filed by us. If you would like copies of these documents, I will be happy to provide them to you.

    If you have any questions, please do not hesitate to call.

                           Sincerely,

                           Sarah A. L. Merriam

Enclosures
cc:  Jason M. Kuselias, Esq.
      James T. Shearin, Esq.
      Edward F. Spinella, Esq.
      Worth Loomis

**GOODWIN | PROCTER**

Jeffrey A. Simes
212.813.8879
goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
599 Lexington Avenue
New York, NY  10022
T: 212.813.8800
F: 212.355.3333

March 12, 2004

**By Facsimile and U.S. Mail**

Edward Spinella, Esq.
REID & RIEGE, P.C.
One Financial Plaza
Hartford, CT  06103
Fax: (860) 240-1002

      Re:    **Frank, et al. v. Lovetere, et al.**, Civil Action Number: 3:03-CV-1014(JBA)
               (D. Conn.)

Dear Ed:

It appears from the documents recently produced to us from Cummings & Lockwood's files that there were contacts between Mr. Ursprung and members of the Special Litigation Committee during the course of the SLC's review suggesting that Mr. Ursprung influenced the scope of the review. As a result, we will need to depose Mr. Ursprung. We propose March 25 or 26 as possible dates. Please confirm whether those dates are available.

Thank you.

Sincerely,

Jeffrey A. Simes


cc:    All counsel of record

# GOODWIN | PROCTER

Jeffrey A. Simes
212.813.8879
goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
599 Lexington Avenue
New York, NY 10022
T: 212.813.8800
F: 212.355.3333

March 12, 2004

**By Facsimile and U.S. Mail**

James Lotstein, Esq.
EDWARDS & ANGELL, LLP
90 State House Square
Hartford, CT 06103-2715
Fax: (860) 527-4198

Peter W. Hull, Esq.
MCCARTER & ENGLISH, LLP
CityPlace I, 185 Asylum Street
Hartford, CT 06103-3495
Fax: (860) 724-3397

Re: **Frank, et al. v. Lovetere, et al.** Civil Action Number: 3:03-CV-1014(JBA) (D. Conn.)

Dear Gentlemen:

In the recent production of documents, we received a considerable volume of handwritten notes concerning discussions and meetings with the Special Litigation Committee and various interviewees. These handwritten notes appear to have been created by one or both of you. As a result, we will need to take your depositions. In light of the Court's order that we complete SLC discovery by March 31, 2003, could you please let me know as soon as possible what your availability is between now and then?

Thank you.

Sincerely,

Jeffrey A. Simes

cc:    All counsel of record

## Yamin & Grant, LLC
### ATTORNEYS AT LAW

JOSEPH P. YAMIN*
ERIC M. GRANT
GEORGE G. MOWAD II
KEITH P. ZANNI
PASQUALE M. SALVATORE*
PAUL J. YAMIN**

*ALSO ADMITTED IN NY
**OF COUNSEL

GRAND PROFESSIONAL BLDG.
SUITE 417
182 GRAND ST.
WATERBURY, CONNECTICUT 06702

(203) 574-5175
FAX (203) 573-1131

March 16, 2004

Jeffrey A. Simes, Esq.
Goodwin Procter, LLP
599 Lexington Avenue
New York, NY 10022

Re:   Frank, et al. v. Lovetere, et al.  3:03-CV-1014 (JBA)

Dear Attorney Simes:

Our firm represents James Lotstein and Peter Hull and write in response to your letter to them dated March 12, 2004 concerning your request to take their depositions in the above-referenced matter. Please address all future communications to me.

As a practical matter, it will not be possible to schedule their depositions before March 31, 2004. To the extent that you are faced with a court deadline, we suggest you request an extension. I have spoken with Attorney James Cowdery who informs me that he has discussed with you the possibility that he may object to these depositions going forward at all. Assuming these issues are resolved, we would look to schedule the depositions in April, and I will get you available dates once I have them from my clients.

Sincerely,

Eric M. Grant

cc:   All counsel of Record (list attached)

EMG/pmb

**List of Counsel**
**3:03-CV-1014 (JBA)**
**<u>Frank, et al. v. Lovetere, et al.</u>**

Patricia M. Canavan, Esq.
Terence J. Gallagher, III, Esq.
Jonathan B. Tropp, Esq.
Day, Berry & Howard
One Canterbury Green
Stamford, CT 06901-2047
Phone: 203-977-7300
Fax: 203-977-7301

James T. Cowdery, Esq.
Sarah A. L. Merriam, Esq.
Cowdery, Ecker & Murphy
750 Main Street, Suite 910
Hartford, CT 06103-4477
Phone: 860-278-5555
Fax: 860-249-0012

Jason Marc Kuselias, Esq.
Craig A. Raabe, Esq.
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103-3597
Phone: 860-275-8200
Fax: 860-275-8299

James T. Shearin, Esq.
Pullman & Comley
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
Phone: 203-330-2000
Fax: 203-576-8888

Edward F. Spinella, Esq.
Reid & Reige, PC
One Financial Plaza
Hartford, CT 06103-3185
Phone: 860-240-1045
Fax: 860-240-1002

# Yamin & Grant, LLC
### ATTORNEYS AT LAW

JOSEPH P. YAMIN*
ERIC M. GRANT
GEORGE G. MOWAD II
KEITH P. ZANNI
PASQUALE M. SALVATORE*
PAUL J. YAMIN**

*ALSO ADMITTED IN NY
**OF COUNSEL

GRAND PROFESSIONAL BLDG.
SUITE 417
182 GRAND ST.
WATERBURY, CONNECTICUT 06702

(203) 574-5175
FAX (203) 573-1131

March 24, 2004

Jeffrey A. Simes, Esq.
Goodwin Procter, LLP
599 Lexington Avenue
New York, NY 10022

Re:   Frank, et al. v. Lovetere, et al.  3:03-CV-1014 (JBA)

Dear Attorney Simes:

Attorney Lotstein and Attorney Hull can be available for their deposition in the above referenced matter on one of the following dates:

Monday April 19, 2004;
Wednesday April 21, 2004;
Thursday April 22, 2004;
Thursday April 29, 2004; and
Friday April 30, 2004.

Please let me know which dates we should hold open at your earliest convenience.

Sincerely,

Eric M. Grant

cc:   All counsel of Record (list attached)

EMG/pmb

List of Counsel
3:03-CV-1014 (JBA)
Frank, et al. v. Lovetere, et al.

Patricia M. Canavan, Esq.
Terence J. Gallagher, III, Esq.
Jonathan B. Tropp, Esq.
Day, Berry & Howard
One Canterbury Green
Stamford, CT 06901-2047
Phone: 203-977-7300
Fax: 203-977-7301

James T. Cowdery, Esq.
Sarah A. L. Merriam, Esq.
Cowdery, Ecker & Murphy
750 Main Street, Suite 910
Hartford, CT 06103-4477
Phone: 860-278-5555
Fax: 860-249-0012

Jason Marc Kuselias, Esq.
Craig A. Raabe, Esq.
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103-3597
Phone: 860-275-8200
Fax: 860-275-8299

James T. Shearin, Esq.
Pullman & Comley
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
Phone: 203-330-2000
Fax: 203-576-8888

Edward F. Spinella, Esq.
Reid & Reige, PC
One Financial Plaza
Hartford, CT 06103-3185
Phone: 860-240-1045
Fax: 860-240-1002