UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

FRANK, ET AL                            :           Apr 2   9 27 AM '04

v.                                      :           U.S. DISTRICT COURT
                                        :     NO. 3:03cv1014 (JBA) NEW HAVEN CONN.

LOVETERE, ET AL                         :


## ENDORSEMENT ORDER [DOC. #63]

Motion on Consent for Extension of Time [doc. #63] is
GRANTED, as follows

1.   SLC discovery will be completed by 4/30/04.

2.   Motion to Dismiss under Conn. Gen. Stat. § 33-724 will
     be filed by 5/28/04; opposition will be filed by
     6/18/04; any reply will be filed by 7/2/04.


IT IS SO ORDERED.



Janet Bond Arterton, U.S.D.J.


Dated at New Haven, Connecticut:     April 01, 2004