UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

H. JONATHAN FRANK, and FRANK
FAMILY 1996 TRUST (on behalf of
themselves and REFLEXITE
CORPORATION)

                CIVIL ACTION NO.: 3:03cv1014 (JBA)

         Plaintiffs

  V.

ARTHUR LOVETERE, CECIL
URSPRUNG, LOUIS J. BACCEI, WORTH
LOOMIS, THEODORE PATLOVICH,
STEPHEN J. RAFFAY, WILLIAM P.
ROWLAND, PETER EIO (individually and
in their capacity as members of the Board of
Directors of Reflexite Corporation) and
REFLEXITE CORPORATION

        Defendants        APRIL 2, 2004

### REFLEXITE'S MOTION ON CONSENT FOR EXTENSION OF TIME

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut, the defendant, Reflexite Corporation ("Reflexite"), respectfully requests that the Court extend the current briefing schedule for the defendants' motions to dismiss based upon statutory grounds for a period of thirty (30) days. In support of this motion Reflexite represents as follows:

1.    The Court previously set April 30, 2004 as the deadline for the defendants to file motions to dismiss based upon statutory grounds.

**ORAL ARGUMENT NOT REQUESTED/
TESTIMONY NOT REQUIRED**

2.  The plaintiffs' deadline for completion of discovery on the Special Litigation Committee ("SLC") was March 31, 2004. On March 29, 2004, plaintiffs moved for an extension of time of thirty (30) days up to and including April 30, 2004 to complete the discovery with respect to the SLC.[1]

3.  Accordingly, as the proposed deadline for discovery with respect to the SLC is on the same date as the current deadline for filing motions to dismiss on statutory grounds, Reflexite respectfully submits that the briefing deadline should be extended by thirty (30) days as well.

4.  Counsel for the plaintiffs has indicated that he consents to this motion.

5.  Counsel for the defendants, Arthur Lovetere, Cecil Ursprung, Louis J. Baccei, Worth Loomis, Theodore Patlovich, Stephen J. Raffay, William P. Rowland and Peter Eio have indicated that they consent and join in this motion.

6.  This is Reflexite's first motion for extension of time with respect to the briefing schedule of the motions to dismiss based upon statutory grounds.

WHEREFORE, Reflexite respectfully requests that the deadline for filing briefs for the motions to dismiss based upon statutory grounds be extended thirty (30) days up to and including May 31, 2004.

---

[1] Plaintiffs' motion for extension of time was filed on consent. However, Reflexite disputes any implications contained therein that the defendants have been anything but fully cooperative and accommodating with respect to discovery on the SLC. Further, Reflexite disputes the implications that the SLC was anything but fully independent, but will properly address any such arguments during the briefing of the motions to dismiss.

- 3 -

DEFENDANT,
REFLEXITE CORPORATION


By_____
Craig A. Raabe – ct 04116
Jason M. Kuselias – ct20293
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT  06103-3597
email: craabe@rc.com
email: jkuselias@rc.com
tel. no. (860) 275-8200
fax no. (860) 275-8299

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was sent via facsimile and via first class mail, postage prepaid, on the 2nd day of April, 2004, to:

Michael Considine, Esq.
Patricia M. Canavan, Esq.
Terence J. Gallagher, Esq.
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901

Edward F. Spinella, Esq.
Reid and Riege, P.C.
One Financial Plaza
Hartford, CT 06103

Richard M. Stassberg, Esq.
Jeffrey Alan Simes, Esq.
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022

James T. Cowdery, Esq.
Sarah A. L. Merriam, Esq.
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, CT 06103-2703

James T. Shearin, Esq.
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

Jason M. Kuselias