UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

H. JONATHAN FRANK, and FRANK
FAMILY 1996 TRUST (on behalf of
themselves and REFLEXITE
CORPORATION)

          Plaintiffs

     V.

ARTHUR LOVETERE, CECIL
URSPRUNG, LOUIS J. BACCEI, WORTH
LOOMIS, THEODORE PATLOVICH,
STEPHEN J. RAFFAY, WILLIAM P.
ROWLAND, PETER EIO (individually and
in their capacity as members of the Board of
Directors of Reflexite Corporation) and
REFLEXITE CORPORATION

          Defendants

CIVIL ACTION NO.: 3:03cv1014 (JBA)

APRIL 2, 2004

### REFLEXITE'S MOTION ON CONSENT FOR EXTENSION OF TIME

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut, the defendant, Reflexite Corporation ("Reflexite"), respectfully requests that the Court extend the current briefing schedule for the defendants' motions to dismiss based upon statutory grounds for a period of thirty (30) days. In support of this motion Reflexite represents as follows:

1. The Court previously set April 30, 2004 as the deadline for the defendants to file motions to dismiss based upon statutory grounds.

**ORAL ARGUMENT NOT REQUESTED/
TESTIMONY NOT REQUIRED**

HART1-1171067-1

*[Handwritten margin notes:]*

*[Top left]:* concurrently extended

*[Left margin]:* Jonathan Arterton

*[Left side]:* 4/14/04: Motion DENIED as moot inasmuch as the Court, in granting plaintiffs' discovery deadline, concurrently extended defendants' briefing schedule. See doc. #65, dated 4/1/04.
IT IS SO ORDERED.
Dated New Haven, Connecticut