UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| H. JONATHAN FRANK, and FRANK FAMILY 1996 TRUST (on behalf of themselves and REFLEXITE CORPORATION) | CIVIL ACTION NO.: 3:03cv1014 (JBA) |
| Plaintiffs | |
| V. | |
| ARTHUR LOVETERE, CECIL URSPRUNG, LOUIS J. BACCEI, WORTH LOOMIS, THEODORE PATLOVICH, STEPHEN J. RAFFAY, WILLIAM P. ROWLAND, PETER EIO (individually and in their capacity as members of the Board of Directors of Reflexite Corporation) and REFLEXITE CORPORATION | |
| Defendants | MAY 28, 2004 |

### REFLEXITE'S MOTION TO DISMISS

The defendant, Reflexite Corporation ("Reflexite"), hereby moves to dismiss the derivative counts of the plaintiffs', H. Jonathan Frank, and Frank Family 1996 Trust ("Plaintiffs"), amended complaint dated November 7, 2003. As set forth in the attached Memorandum of Law there was a good faith determination after a reasonable inquiry that Plaintiffs' demanded lawsuit was not in the best interests of the Corporation. Accordingly, Plaintiffs derivative claims are required to be dismissed pursuant to Conn. Gen. Stat. § 33-724.

**ORAL ARGUMENT REQUESTED.**

HART1-1182098-1

- 2 -

        DEFENDANT
        REFLEXITE CORPORATION


By_____
   Craig A. Raabe – ct 04116
   Jason M. Kuselias – ct20293
   Robinson & Cole LLP
   280 Trumbull Street
   Hartford, CT  06103-3597
   email:  jkuselias@rc.com
   email:  craabe@rc.com
   tel. no. (860) 275-8200
   fax no. (860) 275-8299

- 3 -

### CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was sent via facsimile and via first class mail, postage prepaid, on the 28th day of May, 2004, to:

Michael Considine, Esq.
Patricia M. Canavan, Esq.
Terence J. Gallagher, Esq.
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901

Edward F. Spinella, Esq.
Reid and Riege, P.C.
One Financial Plaza
Hartford, CT 06103

Richard M. Stassberg, Esq.
Jeffrey Alan Simes, Esq.
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022

James T. Cowdery, Esq.
Sarah A. L. Merriam, Esq.
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, CT 06103-2703

James T. Shearin, Esq.
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

_____
Jason M. Kuselias