UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| H. JONATHAN FRANK and FRANK FAMILY 1996 TRUST (on behalf of themselves and REFLEXITE CORPORATION), | : Civil Action No.<br>: 3:03-CV- 1014 (JBA) |
| Plaintiffs, | : |
| v. | : |
| ARTHUR LOVETERE, CECIL URSPRUNG, LOUIS J. BACCEI, WORTH LOOMIS, THEODORE PATLOVICH, STEPHEN J. RAFFAY, WILLIAM P. ROWLAND, PETER EIO (individually and in their capacity as members of the Board of Directors of Reflexite Corporation) and REFLEXITE CORPORATION, | :<br>:<br>:<br>:<br>: JUNE 17, 2004 |
| Defendants. | : |

## **DECLARATION OF JEFFREY A. SIMES, ESQ.**

I, JEFFREY A. SIMES, do hereby depose and state as follows:

1. I am a member of the firm of Goodwin Procter LLP, counsel for Plaintiffs H. Jonathan Frank and the Frank Family 1996 Trust (collectively, the "Franks") in this matter. I offer this Declaration based on my personal knowledge in support of the Plaintiffs' Opposition to the Motion to Dismiss submitted by Reflexite Corporation ("Reflexite").

2. The Special Litigation Committee ("SLC") of the Board of Directors of Reflexite interviewed Jon Frank on April 24, 2004—the day before it issued its Report. I was present for that interview, which took place telephonically.

3. On the telephone call were Lou Baccei, a member of Reflexite's SLC, and Peter Hull and Chris Calio, then of Cummings & Lockwood which was counsel for the SLC. Mr. Eio, the chairman of the SLC, was not present during the call. Mr. Hull asked the questions during

2

the interview.

4.      The telephone call began at 6:02 p.m. and ended at 6:30 p.m.  Of that twenty-eight minutes, approximately twenty minutes involved substantive questioning of Mr. Frank.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on June 17th, 2004.

_____
Jeffrey A. Simes

2