UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| H. JONATHAN FRANK and FRANK FAMILY 1996 TRUST (on behalf of themselves and REFLEXITE CORPORATION), | : | Civil Action No. |
| | : | 3:03-CV- 1014 (JBA) |
| | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| ARTHUR LOVETERE, CECIL URSPRUNG, LOUIS J. | : | |
| BACCEI, WORTH LOOMIS, THEODORE | : | |
| PATLOVICH, STEPHEN J. RAFFAY, WILLIAM P. | : | |
| ROWLAND, PETER EIO (individually and in their | : | |
| capacity as members of the Board of Directors of Reflexite | : | |
| Corporation) and REFLEXITE CORPORATION, | : | JUNE 18, 2004 |
| | : | |
| Defendants. | : | |

## NOTICE OF MANUAL FILING

Please take notice that Plaintiff H. Jonathan Frank and Frank Family 1996 Trust have manually filed the following document or thing:

1. Compendium of Unreported Authority – Exhibit 1

2. Exhibits to Affidavit of Terence J. Gallagher

This document has not been filed electronically because

☐ the document or thing cannot be converted to an electronic format

☒ the electronic file size of the documents exceeds 1.5 megabytes

☐ the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)

☐       Plaintiff/Defendant is excused from filing this document or thing by Court order.


The document or thing has been manually served on all parties.

Respectfully submitted,



Terence J. Gallagher
Day, Berry & Howard LLP
One Canterbury Green
Stamford, Connecticut 06901-2047
(203) 977-7300
(203) 977-7301 (fax)
Juris No. 14230

**CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2004 a true copy of the foregoing document was served by U.S. Mail, postage-prepaid, upon all counsel of record.

James T. Cowdery, Esq.
Sarah A. L. Merriam, Esq.
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, CT 06103-2703

Edward F. Spinella, Esq.
Reid and Riege, P.C.
One Financial Plaza
Hartford, CT 06103

James T. Shearin, Esq.
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006

Craig A. Raabe, Esq.
Jason M. Kuselias, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

_____
Terence J. Gallagher