UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| H. JONATHAN FRANK and FRANK FAMILY 1996 TRUST (on behalf of themselves and REFLEXITE CORPORATION), | : : : : | Civil Action No. 3:03-CV- 1014 (JBA) |
| Plaintiffs, | : : | |
| v. | : : | |
| ARTHUR LOVETERE, CECIL URSPRUNG, LOUIS J. BACCEI, WORTH LOOMIS, THEODORE PATLOVICH, STEPHEN J. RAFFAY, WILLIAM P. ROWLAND, PETER EIO (individually and in their capacity as members of the Board of Directors of Reflexite Corporation) and REFLEXITE CORPORATION, | : : : : : : | JUNE 17, 2004 |
| Defendants. | : : | |

**AFFIDAVIT OF TERENCE J. GALLAGHER**

Terence J. Gallagher hereby deposes and says as follows:

1. I am counsel to the law firm of Day, Berry & Howard LLP, attorneys for plaintiffs H. Jonathan Frank and The Frank Family 1996 Trust. I submit this affidavit in support of Plaintiffs' Opposition to Reflexite Corporation's Motion to Dismiss.

2. Attached as Exhibit 1 is a copy of excerpts from the deposition of Louis J. Baccei taken March 16, 2004 together with copies of Exhibits 3, 8, 11 and 13 marked for identification at that deposition.

3. Attached as Exhibit 2 is a copy of excerpts from the deposition of Peter Eio taken March 31, 2004.

4. Attached as Exhibit 3 is a copy of excerpts from the deposition of Peter W. Hull taken April 22, 2004.

5. Attached as Exhibit 4 is a copy of excerpts from the deposition of Worth Loomis taken March 24, 2004 together with copies of Exhibits 4 and 5 marked for identification at that deposition.

6. Attached as Exhibit 5 is a copy of excerpts from the deposition of James I. Lotstein taken April 22, 2004.

7. Attached as Exhibit 6 is a copy of excerpts from the deposition of William Platt Rowland taken March 24, 2004 together with a copy of Exhibit 7 marked for identification at that deposition.

8. Attached as Exhibit 7 is a copy of excerpts from the deposition of Cecil Ursprung taken April 22, 2004.

9. Attached as Exhibit 8 is a copy of a document dated April 19, 2003 and bearing Bates number CL01757.

_____
Terence J. Gallagher

Sworn to before me this 17th day
of June 2004

_____
Notary Public

## CERTIFICATE OF SERVICE

      I hereby certify that on June 18, 2004 a true copy of the foregoing document was served by U.S. Mail, postage-prepaid, upon all counsel of record.

| | |
|---|---|
| James T. Cowdery, Esq.<br>Sarah A. L. Merriam, Esq.<br>Cowdery, Ecker & Murphy, L.L.C.<br>750 Main Street<br>Hartford, CT 06103-2703<br>(860) 278-5555 | Edward F. Spinella, Esq.<br>Rdid and Riege, P.C.<br>One Financial Plaza<br>Hartford, CT 06103<br>(860) 240-1045 |
| James T. Shearin, Esq.<br>Pullman & Comley, LLC<br>850 Main Street, P.O. Box 7006<br>Bridgeport, CT 06601-7006<br>(203) 330-2000 | Craig A. Raabe, Esq.<br>Jason M. Kuselias, Esq.<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT 06103-3597<br>(860) 275-8299 |

                                          Terence J. Gallagher