UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| H. JONATHAN FRANK and FRANK FAMILY 1996 TRUST (on behalf of themselves and REFLEXITE CORPORATION), | : : : : | Civil Action No. 3:03-CV- 1014 (JBA) |
| Plaintiffs, | : : | |
| v. | : : | |
| ARTHUR LOVETERE, CECIL URSPRUNG, LOUIS J. BACCEI, WORTH LOOMIS, THEODORE PATLOVICH, STEPHEN J. RAFFAY, WILLIAM P. ROWLAND, PETER EIO (individually and in their capacity as members of the Board of Directors of Reflexite Corporation) and REFLEXITE CORPORATION, | : : : : : : : | JUNE 18, 2004 |
| Defendants. | : | |

**COMPENDIUM OF UNREPORTED AUTHORITY**

**CASE** **TAB**

Carlton Investments v. TLC Beatrice Holdings, Inc., Civ. A. No. 13950, 1997 WL 305829 (Del. Ch. June 15, 1995)................................................................................................ 1

Electra Investment Trust P.L.C. v. Crews, No. 15890, 1999 WL 135239 (Del. Ch. Feb. 24, 1999)................................................................................................................... 2

Katell v. Morgan Stanley Group, Inc., Civ. A. No. 12343, 1995 WL 376952 (Del. Ch. June 15, 1995) .................................................................................................................. 3

Mount Moriah Cemetery v. Moritz, Civ. A. No. 11431, 1991 WL 50149 (Del. Ch. April 14, 1991) .................................................................................................................. 4

## CERTIFICATE OF SERVICE

      I hereby certify that on June 18, 2004 a true copy of the foregoing document was served by U.S. Mail, postage-prepaid, upon all counsel of record.

| | |
|---|---|
| James T. Cowdery, Esq.<br>Sarah A. L. Merriam, Esq.<br>Cowdery, Ecker & Murphy, L.L.C.<br>750 Main Street<br>Hartford, CT 06103-2703<br>(860) 278-5555 | Edward F. Spinella (ct00102)<br>Rdid and Riege, P.C.<br>One Financial Plaza<br>Hartford, CT 06103<br>(860) 240-1045 |
| James T. Shearin, Esq.<br>Pullman & Comley, LLC<br>850 Main Street, P.O. Box 7006<br>Bridgeport, CT 06601-7006<br>(203) 330-2000 | Craig A. Raabe, Esq.<br>Jason M. Kuselias, Esq.<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT 06103-3597<br>(860) 275-8299 |

                                                  Terence J. Gallagher