UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| H. JONATHAN FRANK and FRANK FAMILY 1996 TRUST (on behalf of themselves and REFLEXITE CORPORATION), | : : : : | Civil Action No. 3:03-CV- 1014 (JBA) |
| Plaintiffs, | : : : | |
| v. | : : | |
| ARTHUR LOVETERE, CECIL URSPRUNG, LOUIS J. BACCEI, WORTH LOOMIS, THEODORE PATLOVICH, STEPHEN J. RAFFAY, WILLIAM P. ROWLAND, PETER EIO (individually and in their capacity as members of the Board of Directors of Reflexite Corporation) and REFLEXITE CORPORATION, | : : : : : : : : | DECEMBER 16, 2004 |
| Defendants. | : | |

**APPLICATION FOR PREJUDGMENT REMEDY**

TO THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT:

Pursuant to Federal Rule of Civil Procedure 64 and sections 52-278a et seq. of the Connecticut General Statutes, as adopted by District of Connecticut Local Civil Rule 4(c), the undersigned represents:

1. That H. Jonathan Frank and Frank Family 1996 Trust (the "Franks" or "Applicants") have commenced an action against Arthur Lovetere, Cecil Ursprung, Louis J.

Baccei, Worth Loomis, Theodore Patlovich, Stephen J. Raffay, William P. Rowland, Peter Eio (individually and in their capacity as members of the Board of Directors of Reflexite Corporation) and Reflexite Corporation (collectively, "Defendants"), pursuant to the attached Writ, Amended Complaint and Affidavit.

  2. That there is probable cause that a judgment, in the amount of the prejudgment remedy sought, or in an amount greater than the amount of the prejudgment remedy sought, taking into account any known defenses, counterclaims or setoffs, will be rendered in this matter in favor of the Applicant as to the derivative and direct claims asserted by Applicant, and that to secure the judgment the Applicant seeks an order from this court directing that the following prejudgment remedy be granted, without bond, to secure the sum of $8,500,000:

  a. To attach or garnish sufficient property or assets of Defendants Arthur Lovetere, Cecil Ursprung, Louis J. Baccei, Worth Loomis, Theodore Patlovich, Stephen J. Raffay, William P. Rowland and Peter Eio to secure such sum; and

  b. Such other type of prejudgment remedy that this court may deem proper.

               H. JONATHAN FRANK AND 1996 FRANK FAMILY TRUST


               By _____
                Terence J. Gallagher (ct22415)
                Jonathan B. Tropp (ct11295)
                DAY, BERRY & HOWARD LLP
                One Canterbury Green
                Stamford, Connecticut 06901
                (203) 977-7300 Telephone
                (203) 977-7301 Facsimile

                        Richard A. Strassberg (ct24905)
                        Jeffrey A. Simes (ct24906)
                        GOODWIN PROCTER LLP
                        599 Lexington Avenue
                        New York, New York 10022
                        (212) 813-8800  Telephone
                        (212) 355-3333  Facsimile

                        Their Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2004 a true copy of the foregoing document was served via overnight courier upon all counsel of record.

| | |
|---|---|
| James T. Cowdery, Esq.<br>Sarah A. L. Merriam, Esq.<br>Cowdery, Ecker & Murphy, L.L.C.<br>750 Main Street<br>Hartford, CT 06103-2703 | Edward F. Spinella, Esq.<br>Reid and Riege, P.C.<br>One Financial Plaza<br>Hartford, CT 06103 |
| James T. Shearin, Esq.<br>Pullman & Comley, LLC<br>850 Main Street, P.O. Box 7006<br>Bridgeport, CT 06601-7006 | Craig A. Raabe, Esq.<br>Jason M. Kuselias, Esq.<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT 06103-3597 |

                        _____
                        Terence J. Gallagher

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| H. JONATHAN FRANK and FRANK FAMILY 1996 TRUST (on behalf of themselves and REFLEXITE CORPORATION), | : : : : | Civil Action No. 3:03-CV- 1014 (JBA) |
| Plaintiffs, | : : | |
| v. | : : | |
| ARTHUR LOVETERE, CECIL URSPRUNG, LOUIS J. BACCEI, WORTH LOOMIS, THEODORE PATLOVICH, STEPHEN J. RAFFAY, WILLIAM P. ROWLAND, PETER EIO (individually and in their capacity as members of the Board of Directors of Reflexite Corporation) and REFLEXITE CORPORATION, | : : : : : : | DECEMBER __, 2004 |
| Defendants. | : : | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE THAT the Plaintiff's application having been presented to the court, a hearing thereon be held on December ____, 2004, at _____ a.m. in courtroom _____ of the United States District Court for the District of Connecticut, 141 Church Street, New Haven, Connecticut 06510.

-5-

H. JONATHAN FRANK AND 1996 FRANK FAMILY TRUST

By _____
    Terence J. Gallagher (ct22415)
    Jonathan B. Tropp (ct11295)
    DAY, BERRY & HOWARD LLP
    One Canterbury Green
    Stamford, Connecticut 06901
    (203) 977-7300  Telephone
    (203) 977-7301  Facsimile

    Richard A. Strassberg (ct24905)
    Jeffrey A. Simes (ct24906)
    GOODWIN PROCTER LLP
    599 Lexington Avenue
    New York, New York 10022
    (212) 813-8800  Telephone
    (212) 355-3333  Facsimile

    Their Attorneys

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| H. JONATHAN FRANK and  FRANK FAMILY 1996 TRUST (on behalf of themselves and REFLEXITE CORPORATION), | : Civil Action No.<br>: 3:03-CV- 1014 (JBA)<br>:<br>: |
| Plaintiffs, | :<br>: |
| v. | :<br>: |
| ARTHUR LOVETERE, CECIL URSPRUNG, LOUIS J. BACCEI, WORTH LOOMIS, THEODORE PATLOVICH, STEPHEN J. RAFFAY, WILLIAM P. ROWLAND, PETER EIO (individually and in their capacity as members of the Board of Directors of Reflexite Corporation) and REFLEXITE CORPORATION, | :<br>:<br>:<br>:<br>:<br>:<br>: |
| Defendants. | : |

## **ORDER FOR PREJUDGMENT REMEDY**

The application of the plaintiffs H. Jonathan Frank and Frank Family 1996 Trust (the "Franks") for prejudgment remedy having been presented to the undersigned, and the undersigned having examined the application, complaint, and accompanying affidavit, and following a duly noticed hearing at which the parties were fully heard, it is found that there is probable cause that a judgment, in the amount of the prejudgment remedy sought, or in an amount greater than the

-6-

amount of the prejudgment remedy sought, taking into account any known defenses, counterclaims or setoffs, will be rendered in this matter in favor of the Franks,

IT IS HEREBY ORDERED that the prejudgment remedy be granted, without bond, to secure the sum of $8,500,000.00 and the Plaintiffs may attach or garnish sufficient property or assets of the Defendants Arthur Lovetere, Cecil Ursprung, Louis J. Baccei, Worth Loomis, Theodore Patlovich, Stephen J. Raffay, William P. Rowland and Peter Eio to secure such sum.

Dated at _____, Connecticut this _____ day of _____, 2004.

BY THE COURT,

_____
Judge

## CERTIFICATE OF SERVICE

      I hereby certify that on December 16, 2004 a true copy of the foregoing document was served by overnight courier upon all counsel of record.

| | |
|---|---|
| James T. Cowdery, Esq.<br>Sarah A. L. Merriam, Esq.<br>Cowdery, Ecker & Murphy, L.L.C.<br>750 Main Street<br>Hartford, CT 06103-2703 | Edward F. Spinella, Esq.<br>Reid and Riege, P.C.<br>One Financial Plaza<br>Hartford, CT 06103 |
| James T. Shearin, Esq.<br>Pullman & Comley, LLC<br>850 Main Street, P.O. Box 7006<br>Bridgeport, CT 06601-7006 | Craig A. Raabe, Esq.<br>Jason M. Kuselias, Esq.<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT 06103-3597 |

                                                Terence J. Gallagher