UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FRANK                          :

v.                             :     NO. 3:03cv1014 (JBA)

LOVETERE, ET AL                :

### ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Joan Glazer Margolis for the following purpose(s):

- Ruling on all pretrial motions except dispositive motions:

- Supervise discovery and resolve discovery disputes:

✔ - Ruling/Hearing: *Application for Prejudgment Remedy, doc. #77.*

- Settlement conference.

- Other:

IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.

FILED 2004 DEC 22 P 3:57
U.S. DISTRICT COURT
NEW HAVEN, CT

Dated at New Haven, Connecticut: December 22, 2004