UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **FRANK** | : |
| **v.** | : NO. 3:03cv1014 (JBA) |
| **LOVETERE** | : |

## ORDER OF TRANSFER

In the interest of justice, this matter is transferred to the Hon. Dominic J. Squatrito, U.S.D.J., U.S.D.C., Hartford.

All future pleadings shall be filed in the Clerk's Office in Hartford bearing the initials "DJS".

Pleadings or documents related to this action and filed in any other seat of court will be refused at the Clerk's Office and returned to you unfiled. See D. Conn. L. Civ. R. 7(a).

IT IS SO ORDERED.

Janet Bond Arterton
United States District Judge

**Dated at New Haven, Connecticut: January  , 2005**