UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| H. Jonathan Frank and : | |
| Frank Family Trust, : | |
|     Plaintiffs, : | |
| : | Civil No. 3:03cv1014(JBA) |
| v. : | |
| : | |
| Arthur Lovetere, et al., : | |
|     Defendants. : | |

### ENDORSEMENT ORDER
### [DOCS. ## 29, 30, 31]

Pursuant to the colloquy with counsel on the record on 10/30/03, and consistent with the Court's scheduling order [doc. #37] of 10/31/03, the motions for a protective order staying interim discovery [docs. ## 29, 30, 31] are GRANTED IN PART and DENIED IN PART. Discovery concerning the Special Litigation Committee was completed 4/30/04 and the Court now has all the defendants' motions to dismiss under consideration.

IT IS SO ORDERED.

_____/s/_____
JANET BOND ARTERTON, U.S.D.J.

**Dated at New Haven, Connecticut, this 28th day of February, 2005.**