UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| H. JONATHAN FRANK, MORGAN FRANK, AND FRANK FAMILY 1996 TRUST <br> Plaintiffs <br><br> vs. <br><br> ARTHUR LOVETERE, CECIL URSPRUNG, LOUIS J. BACCEI, WORTH LOOMIS, THEODORE PATLOVICH, STEPHEN J. RAFFAY, WILLIAM P. ROWLAND, PETER EIO (individually and in their capacity as members of the Board of Directors Of Reflexite Corporation) and REFLEXITE CORPORATION <br> Defendants | * * * * * * * * * * * * * * * | DOCKET NO. <br> 3:03 CV 1014 (JBA) <br><br><br><br><br> March 1, 2005 |

## OPPOSITION OF CECIL URSPRUNG TO PLAINTIFFS' APPLICATION FOR PREJUDGMENT REMEDY

Defendant Cecil Ursprung ("Ursprung") opposes the plaintiffs' application for a prejudgment remedy. Defendant Ursprung respectfully requests that the application be denied.

Defendant Ursprung joins in the February 28, 2005 "Opposition of Outside Director Defendants to Plaintiffs' Application for Prejudgment Remedy."

12418.001/381365.1

DEFENDANT
CECIL URSPRUNG

By _____
Edward F. Spinella
Fed. Ct. No. ct25163
Reid and Riege, P.C.
One Financial Plaza
Hartford, CT 06103
Tel.  860-278-1150
Fax:  860-240-1002

## CERTIFICATION

I hereby certify that on the 1st day of March, 2005 a copy of the foregoing Opposition of Defendant Cecil Ursprung to Plaintiffs' Application for Prejudgment Remedy was sent by first class mail, postage prepaid, to:

Michael Considine, Esq.
Patricia M. Canavan, Esq.
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901
Tel. # (203) 977-7300
  *Attorneys for Plaintiffs*

Richard M. Strassberg, Esq.
Jeffrey Alan Simes, Esq.
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022
Tel. # (212) 813-8800
  *Attorneys for Plaintiffs*

Craig A. Raabe, Esq.
Jason J. Kuselias, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. # (860) 275-8200
  *Attorneys for Defendant*
  *Reflexite Corporation*

James T. Cowdery, Esquire
Cowdery, Ecker & Murphy, LLC
750 Main Street
Hartford, CT 06103-2703
Tel. # (860) 278-5555
  *Attorneys for Defendants*
  *Lovetere, Baccei, Loomis,*
  *Patlovich, Raffay, and Eio*

2

12418.001/381365.1

James T. Shearin, Esq.
Pullman & Comley, LLC
850 Main Street, P. O. Box 7006
Bridgeport, CT 06601
Tel. # (203) 330-2240
  *Attorneys for Defendant*
  *William P. Rowland*

                                              _____
                                                 Edward F. Spinella