UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

H. JONATHAN FRANK, and FRANK FAMILY
1996 TRUST (on behalf of themselves and
REFLEXITE CORPORATION)                              CIVIL ACTION NO.: 3:03cv1014 (JBA)

Plaintiffs

V.

ARTHUR LOVETERE, CECIL URSPRUNG,
LOUIS J. BACCEI, WORTH LOOMIS,
THEODORE PATLOVICH, STEPHEN J.
RAFFAY, WILLIAM P. ROWLAND, PETER EIO
(individually and in their capacity as members of
the Board of Directors of Reflexite Corporation)
and REFLEXITE CORPORATION

Defendants           MARCH 1, 2005

### REFLEXITE CORPORATION'S
### OPPOSITION TO MOTION FOR PREJUDGMENT REMEDY

The Defendant, Reflexite Corporation ("Reflexite" or the "Corporation"), hereby opposes the Plaintiffs' Motion for Prejudgment Remedy ( the "PJR"). The PJR is a further attempt by the Plaintiffs to disrupt the operations of the Corporation or otherwise intimidate its Officers and Directors. Reflexite respectfully submits that the pending Motions to Dismiss should be decided prior to any consideration of the PJR. In support of Reflexite's Opposition, it adopts the Outside Directors' Opposition to Motion for Prejudgment Remedy as if more fully set forth herein.

DEFENDANT
REFLEXITE CORPORATION

By _____
Craig A. Raabe -- ct 04116
Jason M. Kuselias -- ct20293
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT  06103-3597
email: jkuselias@rc.com
email: craabe@rc.com
tel. no. (860) 275-8200
fax no. (860) 275-8299

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was sent via facsimile and via first class mail, postage prepaid, on the 1st day of March, 2005, to:

Michael Considine, Esq.
Patricia M. Canavan, Esq.
Terence J. Gallagher, Esq.
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901

Edward F. Spinella, Esq.
Reid and Riege, P.C.
One Financial Plaza
Hartford, CT 06103

Richard M. Stassberg, Esq.
Jeffrey Alan Simes, Esq.
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022

James T. Cowdery, Esq.
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, CT 06103-2703

James T. Shearin, Esq.
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

Craig A. Raabe