UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| H. JONATHAN FRANK, MORGAN FRANK, AND FRANK FAMILY 1996 TRUST <br>                 Plaintiffs <br><br> vs. <br><br> ARTHUR LOVETERE, CECIL URSPRUNG, LOUIS J. BACCEI, WORTH LOOMIS, THEODORE PATLOVICH, STEPHEN J. RAFFAY, WILLIAM P. ROWLAND, PETER EIO (individually and in their capacity as members of the Board of Directors Of Reflexite Corporation) and REFLEXITE CORPORATION <br>                Defendants | DOCKET NO. <br> 3:03 CV 1014 (RNC) <br><br><br><br><br><br><br><br><br> March 1, 2005 |

## APPEARANCE

Please enter my appearance on behalf of the Defendant Cecil Ursprung in the above-captioned action.

Dated at Hartford, CT this 1st day of March, 2005.

                                                         Todd S. Federico
                                                         Fed. Ct. No. ct25163
                                                         Reid and Riege, P.C.
                                                         One Financial Plaza
                                                         Hartford, CT 06103
                                                         Tel.  860-278-1150
                                                         Fax: 860-240-1002

12418.001/336677.1

## CERTIFICATION

I hereby certify that on the 1st day of March, 2005, a copy of the foregoing Appearance was sent by first class mail, postage prepaid, to:

Michael Considine, Esq.
Patricia M. Canavan, Esq.
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901
Tel. # (203) 977-7300
   *Attorneys for Plaintiffs*

Richard M. Strassberg, Esq.
Jeffrey Alan Simes, Esq.
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022
Tel. # (212) 813-8800
   *Attorneys for Plaintiffs*

James T. Shearin, Esq.
Pullman & Comley, LLC
850 Main Street, P. O. Box 7006
Bridgeport, CT 06601
Tel. # (203) 330-2240
   *Attorneys for Defendant*
   *William P. Rowland*

Craig A. Raabe, Esq.
Jason J. Kuselias, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. # (860) 275-8200
   *Attorneys for Defendant*
   *Reflexite Corporation*

James T. Cowdery, Esquire
Cowdery, Ecker & Murphy, LLC
750 Main Street
Hartford, CT 06103-2703
Tel. # (860) 278-5555
   *Attorneys for Defendants*
   *Lovetere, Baccei, Loomis,*
   *Patlovich, Raffay, and Eio*

_____
Todd S. Federico