UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------x
                                 :
H. JONATHAN FRANK                :    Docket No. 3:03CV01014(JBA)
and FRANK FAMILY 1996 TRUST,     :
                                 :
    Plaintiffs,                  :
                                 :
v.                               :
                                 :
ARTHUR LOVETERE, et al.,         :
                                 :
    Defendants.                  :    April 14, 2005
                                 :
---------------------------------x

### MOTION ON CONSENT FOR EXTENSION OF TIME

Pursuant to Rule 6 of the Federal Rules of Civil Procedure and Rule 9(b) of the Local Rules of Civil Procedure, defendants Arthur LoVetere, Louis Baccei, Worth Loomis, Theodore Patlovich, Stephen Raffay, Peter Eio, William Rowland and Cecil Ursprung hereby move for an extension of time to and including May 24, 2005, in which to file an answer to plaintiff's amended complaint. This is defendants' first request for an extension of time to respond to the amended complaint.

The parties are scheduled to appear for a settlement conference before Magistrate Judge Margolis on May 10, 2005. If the case is settled at that time, it will not be necessary for defendants to file an answer. Undersigned counsel has contacted plaintiff's attorney, Jeffrey Simes, who consents to this extension.

THE DEFENDANTS

ARTHUR LOVETERE, LOUIS J. BACCEI,
WORTH LOOMIS, THEODORE PATLOVICH,
STEPHEN J. RAFFAY and PETER EIO

By: _____
James T. Cowdery (ct05103)
Sarah A. L. Merriam (ct25379)
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, CT 06103
Tel: (860) 278-5555
Fax: (860) 249-0129
E-mail: smerriam@cemlaw.com


WILLIAM ROWLAND

By: _____
James T. Shearin (ct01326)
Pullman & Comley
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601
Tel: (203)330-2000
Fax: (203)249-012
E-mail: jtshearin@pullcom.com


CECIL URSPRUNG

By: _____
Edward F. Spinella (ct25163)
Reid & Riege, P.C.
One Financial Plaza
Hartford, CT 06103
Tel: (860)240-1045
Fax: (860)240-1002
E-mail: espinella@reidandriege.com

**CERTIFICATION**

    THIS IS TO CERTIFY that a copy of the foregoing Motion for Extension of Time was sent on April 14, 2005, via U.S. Mail, first-class, postage pre-paid to all counsel of record as follows:

Jonathan B. Tropp, Esq.
Patricia M. Canavan, Esq.
Terrence Gallagher, Esq.
Day, Berry & Howard, LLP
One Canterbury Green
Stamford, CT 06901

Jason J. Kuselias, Esq.
Craig A. Raabe, Esq.
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103-3597

Richard M. Strassberg, Esq.
Jeffrey Alan Simes, Esq.
Goodwin Procter, LLP
599 Lexington Avenue
New York, NY 10022

Edward F. Spinella, Esq.
Todd S. Federico, Esq.
Reid and Riege, P.C.
One Financial Plaza
Hartford, CT 06103

James T. Shearin, Esq.
Pullman & Comley
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

                                              Sarah A. L. Merriam