**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**FRANK, ET AL**              :

**v.**                        :        NO. 3:03cv1014 (JBA)

**LOVETERE, ET AL**           :

**ENDORSEMENT ORDER [DOC. #100]**

Motion on Consent for Extension of Time [doc. #100] is GRANTED, for good cause shown, to and including 5/24/05.

IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut:**   **April 18, 2005**