UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------x
: 
H. JONATHAN FRANK            : Docket No. 3:03CV01014(JBA)
and FRANK FAMILY 1996 TRUST, :
:
   Plaintiffs,               :
:
v.                           :
:
ARTHUR LOVETERE, et al.,     :
:
   Defendants.               : May 13, 2005
:
------------------------------x

## MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Rules of Civil Procedure, defendants Arthur LoVetere, Louis Baccei, Worth Loomis, Theodore Patlovich, Stephen Raffay, and Peter Eio (collectively, the "Outside Directors") hereby move for an extension of time of thirty (30) days, to and including June 20, 2005, in which to respond and/or object to the plaintiff's discovery requests served on counsel for the Outside Directors on April 21, 2005. The Outside Directors' responses are currently due on or before May 21, 2005. This is the Outside Directors' first request for an extension of time to respond to these discovery requests.

The Outside Directors require additional time to respond to these discovery requests because: (1) on May 10, 2005, a settlement conference was conducted before Magistrate Judge Margolis in this matter, and, in an effort to minimize costs in

advance of what they hoped would be a productive discussion, the defendants did not expend substantial time and expense in preparing responses to the discovery prior to the conference; (2) three of the Outside Directors reside out of state, making the preparation of their responses especially time-consuming; and (3) counsel requires additional time to adequately respond to the requests, which include more than forty (40) requests for production, many of which have numerous "sub-parts," and a number of interrogatories, all directed to each of these six defendants.

Undersigned counsel has contacted plaintiff's attorney, Jeffrey Simes, who objects to this request. Mr. Simes has indicated that he would consent, on certain grounds, to a limited extension to June 10, 2005.

        THE DEFENDANTS

        ARTHUR LOVETERE, LOUIS J. BACCEI,
        WORTH LOOMIS, THEODORE PATLOVICH,
        STEPHEN J. RAFFAY and PETER EIO

By: _____
        James T. Cowdery (ct05103)
        Sarah A. L. Merriam (ct25379)
        Cowdery, Ecker & Murphy, L.L.C.
        750 Main Street
        Hartford, CT 06103
        Tel: (860) 278-5555
        Fax: (860) 249-0129
        E-mail: smerriam@cemlaw.com

**CERTIFICATION**

    THIS IS TO CERTIFY that a copy of the foregoing Motion for Extension of Time was sent on May 13, 2005, via U.S. Mail, first-class, postage pre-paid to all counsel of record as follows:

Jonathan B. Tropp, Esq.  
Patricia M. Canavan, Esq.  
Terrence Gallagher, Esq.  
Day, Berry & Howard, LLP  
One Canterbury Green  
Stamford, CT 06901

Jason J. Kuselias, Esq.  
Craig A. Raabe, Esq.  
Robinson & Cole, LLP  
280 Trumbull Street  
Hartford, CT 06103-3597

Richard M. Strassberg, Esq.  
Jeffrey Alan Simes, Esq.  
Goodwin Procter, LLP  
599 Lexington Avenue  
New York, NY 10022

Edward F. Spinella, Esq.  
Todd S. Federico, Esq.  
Reid and Riege, P.C.  
One Financial Plaza  
Hartford, CT 06103

James T. Shearin, Esq.  
Pullman & Comley  
850 Main Street  
P.O. Box 7006  
Bridgeport, CT 06601-7006

_____  
Sarah A. L. Merriam