UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------x
:
H. JONATHAN FRANK            :   Docket No. 3:03CV01014(JBA)
and FRANK FAMILY 1996 TRUST, :
:
    Plaintiffs,           :
:
v.                           :
:
ARTHUR LOVETERE, et al.,     :
:
    Defendants.           :   May 17, 2005
:
------------------------------x

**MOTION FOR ORDER DIRECTING PLAINTIFFS
TO FILE SECOND AMENDED COMPLAINT**

The defendants, Arthur LoVetere, Louis J. Baccei, Worth Loomis, Theodore Patlovich, Stephen J. Raffay, and Peter Eio (collectively, the "Outside Directors"), William P. Rowland, and Cecil Ursprung, hereby request that the Court issue an order directing the plaintiffs to file a Second Amended Complaint accurately reflecting the claims and parties remaining in this action after the Court's ruling on the defendants' motions to dismiss.

The Amended Complaint consists of 115 paragraphs of allegations, in six counts, and 11 claims for relief. On March 31, 2005, this Court issued a ruling dismissing Counts One, Three, Four, Five and Six, so that only the claims in Count Two remain. The defendants are now required to serve an answer only to the allegations in Count Two. Count Two consists of paragraphs 85 through 94 of the Amended Complaint. Paragraph 85

states that all of the allegations in paragraphs 1 through 84 are incorporated into Count Two. However, many of the allegations in paragraphs 1 through 84 do not relate to Count Two, and the defendants should not be required to answer such allegations, now that the other counts have been dismissed. Accordingly, these paragraphs should be deleted, in whole or in part, and a Second Amended Complaint filed which contains only the allegations relevant to Count Two. Specifically, defendants believe that at least the following paragraphs should be amended or deleted to reflect the dismissal of Counts One, Three, Four, Five and Six: ¶¶ 1, 2, 7, 36, 37, 43, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, and 84.

There are also several factual allegations in the Amended Complaint which should be corrected or updated. Most significantly, paragraphs 11 through 18 make allegations regarding the members of the Board of Directors. As the plaintiffs are now aware, defendants Loomis, Patlovich, and Raffay are no longer members of the Board of Directors. This is particularly important in light of the plaintiffs' demand for injunctive relief. In addition, paragraph 31 alleges that "the Franks own 256,411 shares of Reflexite stock, representing approximately 11% of the outstanding shares of the company." In fact, due to a massive recent share repurchase by Reflexite, the Frank Family 1996 Trust now owns many fewer shares in Reflexite, and its shareholdings represent less than 10% of the outstanding

shares in the company.

Paragraphs 95 through 115 should also be deleted, as they relate solely to claims that have been dismissed. Furthermore, a number of the demands for relief should be deleted. Demands (a), (c), (d), (g) and (h) relate solely to claims that have been dismissed. Demand (e) relates in part to Count One, which has been dismissed. Demand (j) requests attorneys' fees and costs, which were available statutorily under Count One, but are not available under Count Two, and this demand therefore should also be deleted.

The defendants do not seek to delay the progress of this action by this request; they simply seek clarification of the allegations they are required to answer. Accordingly, the defendants will file an answer to the Second Amended Complaint within ten calendar days of its filing.

        THE DEFENDANTS

        ARTHUR LOVETERE, LOUIS J. BACCEI,
        WORTH LOOMIS, THEODORE PATLOVICH,
        STEPHEN J. RAFFAY and PETER EIO

By: _____
    James T. Cowdery (ct05103)
    Sarah A. L. Merriam (ct25379)
    Cowdery, Ecker & Murphy, L.L.C.
    750 Main Street
    Hartford, CT 06103
    Tel: (860) 278-5555
    Fax: (860) 249-0129
    E-mail: smerriam@cemlaw.com

WILLIAM ROWLAND

By: /s/ James T. Shearin/sale
James T. Shearin (ct01326)
Pullman & Comley
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601
Tel: (203)330-2000
Fax: (203)249-012
E-mail: jtshearin@pullcom.com


CECIL URSPRUNG

By: /s/ E Spinella/sale
Edward F. Spinella (ct25163)
Reid & Riege, P.C.
One Financial Plaza
Hartford, CT 06103
Tel: (860)240-1045
Fax: (860)240-1002
E-mail: espinella@reidandriege.com

-4-

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing Motion was sent on May 17, 2005, via facsimile and via U.S. Mail, first-class, postage pre-paid to all counsel of record as follows:

Jonathan B. Tropp, Esq.
Patricia M. Canavan, Esq.
Terrence Gallagher, Esq.
Day, Berry & Howard, LLP
One Canterbury Green
Stamford, CT 06901

Jason J. Kuselias, Esq.
Craig A. Raabe, Esq.
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103-3597

Richard M. Strassberg, Esq.
Jeffrey Alan Simes, Esq.
Goodwin Procter, LLP
599 Lexington Avenue
New York, NY 10022

Edward F. Spinella, Esq.
Todd S. Federico, Esq.
Reid and Riege, P.C.
One Financial Plaza
Hartford, CT 06103

James T. Shearin, Esq.
Pullman & Comley
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

_____
Sarah A. L. Merriam