UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
------------------------------x
                              :
H. JONATHAN FRANK            :    Docket No. 3:03CV01014(JBA)
and FRANK FAMILY 1996 TRUST, :
                              :
     Plaintiffs,             :
                              :
v.                           :
                              :
ARTHUR LOVETERE, et al.,     :
                              :
     Defendants.             :    May 17, 2005
                              :
------------------------------x
```

## MOTION FOR ENTRY OF SCHEDULING ORDER

The defendants, Arthur LoVetere, Louis J. Baccei, Worth Loomis, Theodore Patlovich, Stephen J. Raffay, and Peter Eio (collectively, the "Outside Directors"), William P. Rowland, and Cecil Urpsrung, hereby request that the Court enter a scheduling order setting deadlines for the conduct of the remainder of this action. The deadlines requested by counsel in the Rule 26(f) Report of Parties' Planning Meeting [Doc. # 21] have expired, and new deadlines have not yet been set.

The defendants respectfully request that new deadlines be set on approximately the same schedule proposed by the defendants in the 26(f) Report, but using a starting date for discovery of April 1, 2005, the date on which the parties received notice of the Court's ruling on the motions to dismiss and the stay of discovery was lifted. Specifically, the defendants propose the

-1-

following deadlines:

1.  All discovery should be completed by March 31, 2006.

2.  Plaintiffs should designate all trial experts and provide defendants with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) by December 30, 2005.  Depositions of any such experts shall be completed by January 31, 2006.

3.  Defendants should designate all trial experts and provide plaintiffs with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) by February 28, 2006.  Depositions of any such experts shall be completed by March 31, 2006.

4.  A damages analysis should be provided by any party who has a claim or counterclaim for damages by December 30, 2005.

5.  The parties agreed in the original 26(f) Report that dispositive motions should be filed within sixty days after the completion of discovery.  Accordingly, defendants request that the deadline for the filing of dispositive motions be set for June 30, 2006.

These requested deadlines reflect the same general time periods suggested by the defendants in the original 26(f) Report. The defendants anticipate that approximately one year from the issuance of the ruling on the motions to dismiss will be needed

-2-

to propound and complete all discovery in this matter, which
involves allegations dating back more than twenty years against
eight individual defendants who reside in various parts of the
country.  As a practical matter, this schedule gives the parties
slightly more than six months to engage in factual discovery, and
a few months more for expert discovery.  The defendants believe
that the necessary discovery cannot be completed, by all parties,
in a shorter period of time.  Accordingly, the defendants
respectfully request that the Court grant their motion for entry
of a scheduling order setting the deadlines proposed herein.

THE DEFENDANTS

ARTHUR LOVETERE, LOUIS J. BACCEI,
WORTH LOOMIS, THEODORE PATLOVICH,
STEPHEN J. RAFFAY and PETER EIO

By:

James T. Cowdery (ct05103)
Sarah A. L. Merriam (ct25379)
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, CT 06103
Tel: (860) 278-5555
Fax: (860) 249-0129
E-mail: smerriam@cemlaw.com

-3-

WILLIAM ROWLAND

By: _James T. Shearin (ct01326)_
Pullman & Comley
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601
Tel: (203)330-2000
Fax: (203)249-012
E-mail: jtshearin@pullcom.com


CECIL URSPRUNG

By: _Edward F. Spinella (ct25163)_
Reid & Riege, P.C.
One Financial Plaza
Hartford, CT 06103
Tel: (860)240-1045
Fax: (860)240-1002
E-mail: espinella@reidandriege.com

-4-

## CERTIFICATION

    THIS IS TO CERTIFY that a copy of the foregoing Motion was sent on May 17, 2005, via U.S. Mail, first-class, postage pre-paid to all counsel of record as follows:

Jonathan B. Tropp, Esq.
Patricia M. Canavan, Esq.
Terrence Gallagher, Esq.
Day, Berry & Howard, LLP
One Canterbury Green
Stamford, CT 06901

Jason J. Kuselias, Esq.
Craig A. Raabe, Esq.
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103-3597

Richard M. Strassberg, Esq.
Jeffrey Alan Simes, Esq.
Goodwin Procter, LLP
599 Lexington Avenue
New York, NY  10022

Edward F. Spinella, Esq.
Todd S. Federico, Esq.
Reid and Riege, P.C.
One Financial Plaza
Hartford, CT 06103

James T. Shearin, Esq.
Pullman & Comley
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

Sarah A. L. Merriam