UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| H. JONATHAN FRANK, MORGAN FRANK, AND FRANK FAMILY 1996 TRUST<br>　　　　　　　　　　　Plaintiffs<br><br>vs.<br><br>ARTHUR LOVETERE, CECIL URSPRUNG, LOUIS J. BACCEI, WORTH LOOMIS, THEODORE PATLOVICH, STEPHEN J. RAFFAY, WILLIAM P. ROWLAND, PETER EIO (individually and in their capacity as members of the Board of Directors Of Reflexite Corporation) and REFLEXITE CORPORATION<br>　　　　　　　　　　　Defendants | DOCKET NO.<br>3:03 CV 1014 (JBA)<br><br><br><br><br><br><br><br><br><br>May 17, 2005 |

**MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Rules of Civil Procedure, defendant Cecil Ursprung ("Mr. Ursprung") hereby moves for an extension of time of thirty (30) days, to and including June 20, 2005, in which to respond and/or object to the plaintiffs' discovery requests served on counsel for Mr. Ursprung on April 20, 2005. Mr. Ursprung's responses are currently due on or before May 20, 2005. This is Mr. Ursprung's first request for an extension of time to respond to these discovery requests.

Mr. Ursprung requires additional time to respond to these discovery requests because: (1) on May 10, 2005, a settlement conference was conducted before Magistrate

12418.001/387112.1

Judge Margolis in this matter, and, in an effort to minimize costs in advance of what he hoped would be a productive discussion, Mr. Ursprung did not expend substantial time and expense in preparing responses to the discovery prior to the conference; and (2) counsel requires additional time to adequately respond to the requests, which include forty-four (44) requests for production, many of which have "sub-parts," and a number of interrogatories.

  Undersigned counsel has contacted plaintiffs' attorney, Jeffrey Simes, who objects to this request. Mr. Simes has indicated that he would consent, on certain grounds, to a limited extension to June 10, 2005.

                DEFENDANT
                CECIL URSPRUNG

           By_____
             Edward F. Spinella
             Fed. Ct. No. ct25163
             Reid and Riege, P.C.
             One Financial Plaza
             Hartford, CT 06103
             Tel.  860-278-1150
             Fax:  860-240-1002

## CERTIFICATION

I hereby certify that on the 17th day of May, 2005 a copy of the foregoing Motion for Extension of Time was sent by first class mail, postage prepaid, to:

Jonathan B. Tropp, Esq.
Patricia M. Canavan, Esq.
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901
Tel. # (203) 977-7300
  *Attorneys for Plaintiffs*

Richard M. Strassberg, Esq.
Jeffrey Alan Simes, Esq.
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022
Tel. # (212) 813-8800
  *Attorneys for Plaintiffs*

James T. Shearin, Esq.
Pullman & Comley, LLC
850 Main Street
P. O. Box 7006
Bridgeport, CT 06601
Tel. # (203) 330-2240
  *Attorneys for Defendant
  William P. Rowland*

Craig A. Raabe, Esq.
Jason J. Kuselias, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. # (860) 275-8200
  *Attorneys for Defendant
  Reflexite Corporation*

James T. Cowdery, Esquire
Cowdery, Ecker & Murphy, LLC
750 Main Street
Hartford, CT 06103-2703
Tel. # (860) 278-5555
  *Attorneys for Defendants
  Lovetere, Baccei, Loomis,
  Patlovich, Raffay, and Eio*

_____
Edward F. Spinella

12418.001/381365.1