# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

H. JONATHAN FRANK, et al.

v.

ARTHUR LOVETERE, et al.

**APPEARANCE**

CASE NUMBER: 3:03CV01014 (JBA)

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for: defendant William Rowland.

May 19, 2005
Date

ct05103
Connecticut Federal Bar Number

(860) 278-5555
Telephone Number

(860) 249-0012
Fax Number

jcowdery@cemlaw.com
E-mail Address

_[Signature]_
Signature

James T. Cowdery
Print Clearly or Type Name

Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Address

Hartford, CT 06103
Address

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

See attached.

_[Signature]_
James T. Cowdery

## **CERTIFICATION**

      THIS IS TO CERTIFY that a copy of the foregoing Appearance was sent on May 19, 2005, via U.S. Mail, first-class, postage pre-paid to all counsel of record as follows:

| | |
|---|---|
| Jonathan B. Tropp, Esq.<br>Patricia M. Canavan, Esq.<br>Terrence Gallagher, Esq.<br>Day, Berry & Howard, LLP<br>One Canterbury Green<br>Stamford, CT 06901 | Jason J. Kuselias, Esq.<br>Craig A. Raabe, Esq.<br>Robinson & Cole, LLP<br>280 Trumbull Street<br>Hartford, CT 06103-3597 |
| Richard M. Strassberg, Esq.<br>Jeffrey Alan Simes, Esq.<br>Goodwin Procter, LLP<br>599 Lexington Avenue<br>New York, NY 10022 | Edward F. Spinella, Esq.<br>Todd S. Federico, Esq.<br>Reid and Riege, P.C.<br>One Financial Plaza<br>Hartford, CT 06103 |
| James T. Shearin, Esq.<br>Pullman & Comley<br>850 Main Street<br>P.O. Box 7006<br>Bridgeport, CT 06601-7006 | |

                                                    _____<br>                                                    James T. Cowdery