# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

H. JONATHAN FRANK, et al.

**APPEARANCE**

v.

ARTHUR LOVETERE, et al.

CASE NUMBER:   3:03CV01014 (JBA)

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for: defendant William Rowland.

| | |
|---|---|
| May 19, 2005 | *signature* |
| **Date** | **Signature** |
| ct25379 | Sarah A. L. Merriam |
| **Connecticut Federal Bar Number** | **Print Clearly or Type Name** |
| | Cowdery, Ecker & Murphy, L.L.C. |
| (860) 278-5555 | 750 Main Street |
| **Telephone Number** | **Address** |
| (860) 249-0012 | Hartford, CT 06103 |
| **Fax Number** | **Address** |
| smerriam@cemlaw.com | |
| **E-mail Address** | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

See attached.

*signature*

Sarah A. L. Merriam

## CERTIFICATION

  THIS IS TO CERTIFY that a copy of the foregoing Appearance was sent on May 19, 2005, via U.S. Mail, first-class, postage pre-paid to all counsel of record as follows:

Jonathan B. Tropp, Esq.
Patricia M. Canavan, Esq.
Terrence Gallagher, Esq.
Day, Berry & Howard, LLP
One Canterbury Green
Stamford, CT 06901

Richard M. Strassberg, Esq.
Jeffrey Alan Simes, Esq.
Goodwin Procter, LLP
599 Lexington Avenue
New York, NY 10022

James T. Shearin, Esq.
Pullman & Comley
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

Jason J. Kuselias, Esq.
Craig A. Raabe, Esq.
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103-3597

Edward F. Spinella, Esq.
Todd S. Federico, Esq.
Reid and Riege, P.C.
One Financial Plaza
Hartford, CT 06103

_/s/ Sarah A. L. Merriam_
Sarah A. L. Merriam