UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| H. JONATHAN FRANK and FRANK FAMILY 1996 TRUST, | : | Civil Action No. |
| | : | 3:03-CV- 1014 (JBA) |
| Plaintiffs, | : | |
| v. | : | |
| ARTHUR LOVETERE, et al., | : | |
| Defendants. | : | JUNE 7, 2005 |

### PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION
### FOR ENTRY OF SCHEDULING ORDER

Plaintiffs H. Jonathan Frank and Frank Family 1996 Trust (the "Plaintiffs") respectfully submit this memorandum in opposition to Defendants' motion for entry of scheduling order.

Defendants, without consultation with Plaintiffs, have moved for entry of a schedule for discovery and briefing of dispositive motions, that despite Defendants' implication to the contrary, does not comport with the "schedule" set out in the parties Rule 26(f) report that was filed on September 5, 2003. More specifically, contrary to Defendants' implication, the parties presented different schedules in their Rule 26(f) report, and Defendants' motion presses their own requests without acknowledging that the Plaintiffs have taken a different position.

A copy of the Rule 26(f) Report of Parties' Planning Meeting is attached as Exhibit A. In Sections V.F.2. and 4. Plaintiffs proposed a ten-month discovery period (August to June) and Defendants proposed a twelve-month period (January to January). In Section V.F.7. the parties contemplated that any expert discovery take place within the time period for discovery generally

and not a separate period following fact discovery as Defendants now seek. Thus, there has been no agreement on a schedule and Plaintiffs respectfully oppose the schedule proposed by Defendants.

Plaintiffs instead suggest the following deadlines:

1. All discovery shall commence April 1, 2005 and be completed by January 31, 2006.

2. Plaintiffs shall designate all trial experts and provide opposing counsel with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) by a date not later than October 31, 2005. Depositions of such experts shall be completed by December 31, 2005.

3. Defendants shall designate all trial experts and provide Plaintiffs with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) by November 30, 2005. Depositions of any such experts shall be completed by January 31, 2006.

4. A damages analysis shall be provided by any party who has a claim or counterclaim for damages by October 31, 2005.

5. The Plaintiffs propose that dispositive motions be filed within sixty days after the completion of fact and expert discovery.

Plaintiffs have already served document requests and interrogatories on all Defendants and have served a subpoena on Reflexite Corporation. While there remains the possibility of motion practice concerning this discovery, Plaintiffs believe that all discovery can be completed on the schedule set forth above.

**Conclusion**

Plaintiffs respectfully request that the Court schedule discovery in this matter pursuant to the schedule set forth above.

        Respectfully Submitted,

        H. JONATHAN FRANK AND 1996 FRANK FAMILY TRUST

        By  /s/ Terence J. Gallagher
            Terence J. Gallagher (ct22415)
            Jonathan B. Tropp (ct11295)
            DAY, BERRY & HOWARD LLP
            One Canterbury Green
            Stamford, Connecticut 06901
            (203) 977-7300  Telephone
            (203) 977-7301  Facsimile

            Richard A. Strassberg (ct24905)
            Jeffrey A. Simes (ct24906)
            GOODWIN PROCTER LLP
            599 Lexington Avenue
            New York, New York 10022
            (212) 813-8800  Telephone
            (212) 355-3333  Facsimile

        Their Attorneys

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 7, 2005 a true copy of the foregoing document was served via overnight courier upon all counsel of record.

| | |
|---|---|
| James T. Cowdery, Esq.<br>Sarah A. L. Merriam, Esq.<br>Cowdery, Ecker & Murphy, L.L.C.<br>750 Main Street<br>Hartford, CT 06103-2703 | Edward F. Spinella, Esq.<br>Reid and Riege, P.C.<br>One Financial Plaza<br>Hartford, CT 06103 |
| James T. Shearin, Esq.<br>Pullman & Comley, LLC<br>850 Main Street, P.O. Box 7006<br>Bridgeport, CT 06601-7006 | Craig A. Raabe, Esq.<br>Jason M. Kuselias, Esq.<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT 06103-3597 |

                                                  /s/<br>
                                      Terence J. Gallagher