UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| H. Jonathan Frank and Frank Family Trust,     Plaintiffs, | : <br> : <br> : <br> :     Civil No. 3:03cv1014(JBA) |
| v. | : <br> : |
| Arthur LoVetere, et al.,     Defendants. | : <br> : |

### ENDORSEMENT AND SCHEDULING ORDER

In the interest of justice and for the purpose of clarifying the issues in this case, Defendants' Motion for Order Directing Plaintiffs to File Second Amended Complaint [Doc. # 105] is GRANTED, and plaintiffs are directed to file their second amended complaint by June 24, 2005.  Defendants are directed to file their answer by July 8, 2005.

Defendants' Motion for Entry of Scheduling Order [Doc. # 106] is DENIED.  Instead, the parties are directed to file an updated Rule 26(f) report by July 8, 2005, noting mutually agreeable deadlines and points of disagreement.

A telephonic scheduling conference will be held on July 20, 2005 at 2:00 p.m.  Plaintiff's counsel shall initiate the conference call.  Chambers: 203-773-2456.

IT IS SO ORDERED.

_____
JANET BOND ARTERTON, U.S.D.J.

**Dated at New Haven, Connecticut, this 9th day of June, 2005.**