UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| H. JONATHAN FRANK and FRANK FAMILY 1996 TRUST (on behalf of themselves and REFLEXITE CORPORATION), | : : : | Civil Action No. 3:03-CV- 1014 (JBA) |
| Plaintiffs, | : : | |
| v. | : : | |
| ARTHUR LOVETERE, CECIL URSPRUNG, LOUIS J. BACCEI, WORTH LOOMIS, THEODORE PATLOVICH, STEPHEN J. RAFFAY, WILLIAM P. ROWLAND, PETER EIO (individually and in their capacity as members of the Board of Directors of Reflexite Corporation) and REFLEXITE CORPORATION, | : : : : : : : | JUNE 8, 2005 |
| Defendants. | : : | |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Pursuant to Local Rule 7(e), the undersigned moves to withdraw her appearance as counsel of record for Plaintiffs H. JONATHAN FRANK AND 1996 FRANK FAMILY TRUST in this action. Plaintiffs continue to be represented by Attorneys Jonathan B. Tropp and Terence J. Gallagher of Day, Berry & Howard LLP. A copy of this motion will be provided to Plaintiffs.

Respectfully submitted,

By: /s/ Patricia M. Canavan
Patricia M. Canavan (ct20597)
**DAY, BERRY & HOWARD LLP**
One Canterbury Green
Stamford, CT 06901-2047
(203) 977-7300 – Phone
(203) 977-7301 – Facsimile
pmcanavan@dbh.com

2

## CERTIFICATE OF SERVICE

      I hereby certify that on June 8, 2005 a true copy of the foregoing document was served via first class mail, postage prepaid, upon all counsel of record.

James T. Cowdery, Esq.  
Sarah A. L. Merriam, Esq.  
Cowdery, Ecker & Murphy, L.L.C.  
750 Main Street  
Hartford, CT 06103-2703  

Edward F. Spinella, Esq.  
Todd S. Federico, Esq.  
Reid and Riege, P.C.  
One Financial Plaza  
Hartford, CT 06103  

James T. Shearin, Esq.  
Pullman & Comley, LLC  
850 Main Street, P.O. Box 7006  
Bridgeport, CT 06601-7006  

Craig A. Raabe, Esq.  
Jason M. Kuselias, Esq.  
Robinson & Cole LLP  
280 Trumbull Street  
Hartford, CT 06103-3597  

_____  
Patricia M. Canavan