UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------x
H. JONATHAN FRANK            :   Docket No. 3:03CV01014(JBA)
and FRANK FAMILY 1996 TRUST, :
                             :
     Plaintiffs,             :
                             :
v.                           :
                             :
ARTHUR LOVETERE, et al.,     :
                             :
     Defendants.             :   June 17, 2005
------------------------------x

**MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Rules of Civil Procedure, defendants Arthur LoVetere, Louis Baccei, Worth Loomis, Theodore Patlovich, Stephen Raffay, Peter Eio, and defendant Cecil Ursprung, hereby move for an extension of time of sixteen (16) days, to and including July 6, 2005, in which to respond and/or object to the plaintiff's discovery requests served on counsel for the defendants on April 21, 2005. The responses are currently due on or before June 20, 2005. This is the defendants' second request for an extension of time to respond to these discovery requests.

The defendants require additional time to respond to these discovery requests because: (1) although the requests are dated April 20, 2005, the defendants did not begin preparing responses until after a settlement conference in May failed to produce a resolution; (2) several of the defendants reside out of state, making the preparation of their responses especially time-

consuming; (3) the summer vacation schedules of the defendants, counsel, and staff have made the gathering and processing of the requested materials logistically difficult; and (4) counsel requires additional time to adequately respond to the requests, which include more than forty (40) requests for production, many of which have numerous "sub-parts," and a number of interrogatories, all directed to <u>each</u> of these defendants.

Undersigned counsel has attempted, but has been unable to reach plaintiff's counsel, Jeffrey Simes and Richard Strassberg, to determine their position regarding this request.

                THE DEFENDANTS

                ARTHUR LOVETERE, LOUIS J. BACCEI,
                WORTH LOOMIS, THEODORE PATLOVICH,
                STEPHEN J. RAFFAY and PETER EIO

By: _____
     James T. Cowdery (ct05103)
     Sarah A. L. Merriam (ct25379)
     Cowdery, Ecker & Murphy, L.L.C.
     750 Main Street
     Hartford, CT 06103
     Tel: (860) 278-5555
     Fax: (860) 249-0129
     E-mail: smerriam@cemlaw.com

                DEFENDANT CECIL URSPRUNG

By: _Ed Spinella /sal_____
     Edward F. Spinella, Esq.
     Reid and Riege, P.C.
     One Financial Plaza
     Hartford, CT  06103
     Tel: (860) 240-1045
     Fax: (860) 240-1002
     E-mail: espinella@reidandriege.com

**CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing Motion for Extension of Time was sent on June 17, 2005, via facsimile and via U.S. Mail, first-class, postage pre-paid to all counsel of record as follows:

Jonathan B. Tropp, Esq.
Terrence Gallagher, Esq.
Day, Berry & Howard, LLP
One Canterbury Green
Stamford, CT  06901

Jason J. Kuselias, Esq.
Craig A. Raabe, Esq.
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT  06103-3597

Richard M. Strassberg, Esq.
Jeffrey Alan Simes, Esq.
Goodwin Procter, LLP
599 Lexington Avenue
New York, NY  10022

Edward F. Spinella, Esq.
Todd S. Federico, Esq.
Reid and Riege, P.C.
One Financial Plaza
Hartford, CT  06103

James T. Shearin, Esq.
Pullman & Comley
850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006

_____
Sarah A. L. Merriam