UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FRANK, ET AL**                    :

**v.**                              :     NO. 3:03cv1014 (JBA)

**LOVETERE, ET AL**                 :

### ENDORSEMENT ORDER [DOC. #115]

Motion for leave to withdraw appearance of Patricia M. Canavan is GRANTED. The Court notes the appearances of Jonathan B. Tropp and Terence J. Gallagher for the plaintiffs.

IT IS SO ORDERED.

Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut:**   June 21, 2005