UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FRANK, ET AL**           :

**v.**                     :     NO. 3:03cv1014 (JBA)

**LOVETERE, ET AL**        :

### ENDORSEMENT ORDER [DOC. #116]

Motion for Extension of Time [doc. #116] is GRANTED, for good cause shown, to and including 7/6/05.

IT IS SO ORDERED.

/s/
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut:**   **June 23, 2005**