UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
------------------------------x
H. JONATHAN FRANK             :    Docket No. 3:03CV01014(JBA)
and FRANK FAMILY 1996 TRUST,  :
                              :
     Plaintiffs,              :
                              :
v.                            :
                              :
ARTHUR LOVETERE, et al.,      :
                              :
     Defendants.              :    July 7, 2005
------------------------------x
```

### MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Rules of Civil Procedure, defendants Arthur LoVetere, Louis Baccei, Worth Loomis, Theodore Patlovich, Stephen Raffay, Peter Eio, William Rowland and Cecil Ursprung, hereby move for an extension of time of six (6) days, to and including July 14, 2005, in which to respond to the Second Amended Complaint. The requested extension would give the defendants a total of twenty (20) days from the date of filing of the complaint in which to file a response. The defendants' responses are currently due on June 8, 2005. This is defendants' first request for an extension of this deadline, which was set by the Court in a scheduling order filed June 10, 2005.

The Second Amended Complaint consists of 84 paragraphs, many of which are lengthy and include numerous allegations, legal conclusions, and extraneous narrative. Although the complaint was filed with the Court on June 24, 2005, it was not served on counsel for the defendants until June 27, 2005, and most of the

defendants did not personally receive copies until later that week. The short time available for review of the complaint was further hindered by the intervening Independence Day holiday. Several of the defendants reside out-of-state, and one has lost much of his sight, making the review of the allegations of the new complaint and preparation of appropriate responses especially time-consuming.

Plaintiff's counsel, Terrence Gallagher, did not take a position on this request.

        THE DEFENDANTS

        ARTHUR LOVETERE, LOUIS J. BACCEI,
        WORTH LOOMIS, THEODORE PATLOVICH,
        STEPHEN J. RAFFAY, PETER EIO and
        WILLIAM ROWLAND

By: _____
    James T. Cowdery (ct05103)
    Sarah A. L. Merriam (ct25379)
    Cowdery, Ecker & Murphy, L.L.C.
    750 Main Street
    Hartford, CT 06103
    Tel: (860) 278-5555
    Fax: (860) 249-0129
    E-mail: smerriam@cemlaw.com

DEFENDANT CECIL URSPRUNG

By: _____
    Edward F. Spinella, Esq.
    Reid and Riege, P.C.
    One Financial Plaza
    Hartford, CT  06103
    Tel: (860) 240-1045
    Fax: (860) 240-1002
    E-mail: espinella@reidandriege.com

**CERTIFICATION**

    THIS IS TO CERTIFY that a copy of the foregoing Motion for Extension of Time was sent on July 7, 2005, via facsimile and via U.S. Mail, first-class, postage pre-paid to all counsel of record as follows:

Jonathan B. Tropp, Esq.
Terrence Gallagher, Esq.
Day, Berry & Howard, LLP
One Canterbury Green
Stamford, CT  06901

Richard M. Strassberg, Esq.
Jeffrey Alan Simes, Esq.
Goodwin Procter, LLP
599 Lexington Avenue
New York, NY  10022

Edward F. Spinella, Esq.
Todd S. Federico, Esq.
Reid and Riege, P.C.
One Financial Plaza
Hartford, CT  06103

James T. Shearin, Esq.
Pullman & Comley
850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006

                                      _____
                                        Sarah A. L. Merriam