UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FRANK, ET AL                  :

v.                            :     NO. 3:03cv1014 (JBA)

LOVETERE, ET AL               :


**ENDORSEMENT ORDER [DOC. #120]**

Motion for Extension of Time [doc. #120] is GRANTED, absent objection (pursuant to Attorney Merriam's telephone call to chambers 7/7/05) and for good cause shown, to and including 7/14/05.


IT IS SO ORDERED.


_____          Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut:    July 14, 2005**