UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FRANK, ET AL                    :

v.                              :     NO. 3:03cv1014 (JBA)

LOVETERE, ET AL                 :


**ORDER OF REFERRAL TO MAGISTRATE JUDGE**


This case is referred to Magistrate Judge Joan Glazer Margolis for the following purpose(s):

- Ruling on all pretrial motions except dispositive motions:

✔ - Supervise all discovery and resolve discovery disputes:

- Ruling/Hearing:

- Settlement conference:

- Other:

                              IT IS SO ORDERED.


                              _____
                              Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut: July 27, 2005**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRIDGEPORT AND PORT JEFFERSON         :

v.                                    :    NO. 3:03cv1014 (JBA)

MCALLISTER, ET AL                     :


ORDER OF REFERRAL TO MAGISTRATE JUDGE


This case is referred to Magistrate Judge Joan Glazer Margolis for the following purpose(s):

- Ruling on all pretrial motions except dispositive motions:

✔  - Supervise all discovery and resolve discovery disputes:

✔  - Ruling/Hearing: *Motion for Disclosure of Property and Assets, doc. #4, and Application for Prejudgment Remedy, doc. #3.*
✔  - Settlement conference:

- Other:

IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: July 27, 2005