IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

```
-------------------------------------------------x
                                                 :
H. JONATHAN FRANK, ET AL.      :  3:03CV1014(JBA)
                                                 :
v.                                               :
                                                 :
ARTHUR LOVETERE, ET AL.        :  JULY 28, 2005
                                                 :
-------------------------------------------------x
```

<u>ORDER</u>

On July 27, 2005, Judge Janet Bond Arterton referred <u>H. Jonathan Frank, et al. v. Arthur Lovetere, et al.</u> to this Magistrate Judge. (<u>See</u> Dkt. #126). For the duration of this Magistrate Judge's involvement with this file, courtesy copies of all filings should be forwarded to her Chambers, at 141 Church Street, Room 303, New Haven, Connecticut 06510.

Dated at New Haven, Connecticut, this 28th day of July, 2005.

                                                    /s/
                                            Joan G. Margolis
                                            U. S. Magistrate Judge