UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| H. JONATHAN FRANK and FRANK FAMILY 1996 TRUST, | : : : | Civil Action No.: 3:03-CV-1014(JBA)(JGM) |
| Plaintiffs, | : : | |
| v. | : : | |
| ARTHUR LOVETERE, CECIL URSPRUNG, LOUIS J. BACCEI, WORTH LOOMIS, THEODORE PATLOVICH, STEPHEN J. RAFFAY, WILLIAM P. ROWLAND and PETER EIO, | : : : : : | |
| Defendants. | : | AUGUST 15, 2005 |

## PLAINTIFFS' MOTION TO COMPEL

Plaintiffs H. Jonathan Frank and the Frank Family 1996 Trust (the "Franks") hereby move the Court, pursuant to Rule 45 of the Federal Rules of Civil Procedure, to compel compliance with a subpoena served on Reflexite Corporation on or about May 4, 2005 (attached as Exhibit A to the accompanying Declaration of Jeffrey A. Simes). As grounds for this motion, set forth in more detail in the accompanying memorandum and the accompanying Declaration of Jeffrey A. Simes, the Franks state as follows:

1. On or about May 4, 2005, the Franks served a subpoena on Reflexite Corporation.

2. On or about May 18, 2005, Reflexite served a letter purporting to object to the subpoena and refusing to produce any documents. Reflexite did not move to quash the subpoena.

3. The parties started a meet and confer process but it was postponed to allow settlement discussions to proceed. When those talks stalled, counsel for the Franks made three

-2-

separate requests to resume the meet and confer process.  Counsel for Reflexite never responded to those requests.

4.      The Franks have received no discovery from Reflexite pursuant to the subpoena and the purported objections do not relieve Reflexite of its obligation to produce documents.

WHEREFORE, Plaintiffs respectfully request that the Court grant Plaintiffs' motion to compel, order that Reflexite immediately produce all documents responsive to the subpoena, and grant such other and further relief as the Court deems appropriate

PLAINTIFFS H. JONATHAN FRANK and
FRANK FAMILY 1996 TRUST

By:   /s/ Terence J. Gallagher
    Richard A. Strassberg (ct24905)
    Jeffrey A. Simes (ct24906)
    GOODWIN PROCTER LLP
    599 Lexington Avenue
    New York, New York 10022
    (212) 813-8800

    -and-

    Terence J. Gallagher (ct22415)
    Jonathan B. Tropp (ct11295)
    DAY, BERRY & HOWARD LLP
    One Canterbury Green
    Stamford, CT  06901

*Their Attorneys*

**CERTIFICATION**

    This is to certify that a copy of the foregoing was sent via overnight courier, postage prepaid, this 15th day of August 2005, to:

James T. Cowdery, Esq.
Sarah Merriam, Esq.
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555


Edward F. Spinella, Esq.
Reid and Riege, P.C.
One Financial Plaza
Hartford, CT 06103
(860) 240-1045


James T. Shearin, Esq.
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
Phone: (203) 330-2000


Craig A. Raabe, Esq.
Jason M. Kuselias, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
(860) 275-8299


                                                    /s/ Terence J. Gallagher
                                                   Terence J. Gallagher