UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

H. JONATHAN FRANK, and FRANK
FAMILY 1996 TRUST,

                                                  CIVIL NO.:  3:03cv1014 (JBA) (JGM)

            Plaintiffs

V.

ARTHUR LOVETERE, CECIL URSPRUNG,
LOUIS J. BACCEI, WORTH LOOMIS,
THEODORE PATLOVICH, STEPHEN J.
RAFFAY, WILLIAM P. ROWLAND AND
PETER EIO,

           Defendants.        SEPTEMBER 6, 2005

**REFLEXITE CORPORATION'S
OBJECTION TO MOTION TO COMPEL**

Reflexite Corporation ("Reflexite" or the "Corporation"), hereby objects to the Plaintiffs', H. Jonathan Frank and The Frank Family 1996 Trust (hereinafter the "Plaintiffs" or the "Franks"), Motion to Compel dated August 15, 2005. The Franks have improperly sought discovery from Reflexite, now a non-party, which was not permitted while Reflexite was a party to the action. The Franks are attempting to circumvent the Court's prior discovery order which will result in imposing an unreasonable expense upon Reflexite which it previously avoided. As such, the Court should deny the Frank's

**ORAL ARGUMENT REQUESTED/
TESTIMONY NOT REQUIRED**

#1279359v1

motion to compel and prohibit the discovery sought. In support of its Motion, Reflexite attaches a memorandum of law.

REFLEXITE CORPORATION

By _____
Craig A. Raabe – ct 04116
Jason M. Kuselias – ct20293
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
email: jkuselias@rc.com
email: craabe@rc.com
tel. no. (860) 275-8200
fax no. (860) 275-8299

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was sent via facsimile and via first class mail, postage prepaid, on the 6th day of September, 2005, to:

Michael Considine, Esq.
Patricia M. Canavan, Esq.
Terence J. Gallagher, Esq.
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901

Richard M. Stassberg, Esq.
Jeffrey Alan Simes, Esq.
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022

James T. Shearin, Esq.
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

Edward F. Spinella, Esq.
Todd S. Federico, Esq.
Reid and Riege, P.C.
One Financial Plaza
Hartford, CT 06103

James T. Cowdery, Esq.
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, CT 06103-2703

Jason M. Kuselias