EXHIBIT A

# ROBINSON & COLE LLP

JASON M. KUSELIAS

280 Trumbull Street
Hartford, CT 06103-3597
Main (860) 275-8200
Fax (860) 275-8299
jkuselias@rc.com
Direct (860) 275-8352

*Via Facsimile and Mail*

May 18, 2005

Terence J. Gallagher, Esq.
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901

Re:   <u>Frank v. Lovetere</u>, 3:03-CV-1014(JBA)

Dear Terry:

I am writing in regards to the subpoena dated May 4, 2005 and served upon Reflexite Corporation (the "Corporation") in connection with the lawsuit referenced above (the "Lawsuit"). This letter serves as the Corporation's objection to the subpoena pursuant to Fed. R. Civ. P. 45 (c)(2)(B).

The Plaintiffs' claims against the Corporation were dismissed and thus, it is no longer a party to the Lawsuit. However, it is clear from the document requests attached to the subpoena that the Plaintiffs are still trying to treat the Corporation as if it were still a party and cause it to needlessly devote resources to address a meritless claim.

The forty-one (41) document requests attached to the subpoena are identical to those previously served upon the Corporation in the Lawsuit. The Corporation filed a Motion to Stay with respect to those requests in order to avoid the burden and expense of such discovery prior to a decision on the Motions to Dismiss. The Court permitted discovery on the Special Litigation Committee (the "SLC"), but otherwise stayed all discovery pending its decision on the Motions to Dismiss. The Court granted the Corporation's Motions to Dismiss, thereby validating the purpose of the Motion to Stay and the Court's prior discovery order. The Plaintiffs are not permitted to frustrate the purpose of the Court's prior ruling by serving the very same requests and thus, imposing the very same burden and expense on the Corporation that it previously avoided. Therefore, the Corporation generally objects to the subpoena and will not produce any documents in response thereto.

In addition to the general objection to the Plaintiffs' attempt to obtain the same discovery from which the Court gave the Corporation relief, the Corporation objects



*Law Offices*

BOSTON

HARTFORD

NEW LONDON

STAMFORD

GREENWICH

NEW YORK CITY

SARASOTA

*www.rc.com*

# ROBINSON & COLE LLP

Terence J. Gallagher, Esq.
May 18, 2005
Page 2

to each of the specific requests. Numbers 38-41 seek documents related to Reflexite's "defense", "exhibits" to be relied upon at trial, "expert witness[es]" and "communications" in connection with the Lawsuit. These requests are clearly improper as the Corporation is no longer a party to the Lawsuit. The inclusion of these requests is no doubt the result of the recycling of the previously stayed discovery requests and further supports the general objection stated above.

Numbers 1-5, 7, 20-24, 30 are all related to the SLC and the Frank's Demand. These requests are duplicative of prior, completed discovery in relation to the dismissed counts. Therefore, the Corporation objects to the requests as they seek information within the possession and control of the Plaintiffs.

The remaining requests, numbers 6, 8-19, 25-29 and 31-37, seek information unrelated to the Plaintiffs' sole remaining direct claim and are uniformly overly broad, unduly vague and burdensome. For example, request number 36 seeks "[a]ll documents and/or things concerning any compensation, benefits, stock grants, loans, options, warrants, payments, emoluments, fringe benefits or other things of value provided to Reflexite's Board of Directors by Reflexite." The request has nothing to do with the Plaintiffs' remaining claim sounding in breach of fiduciary duty as against Jonathan Frank. The request broadly seeks everything related to anything of value provided to any Board member at any time. These types of broadly worded requests are crafted to impose a massive burden of document review and production upon the Corporation and are wholly improper. Accordingly, the Corporation will not produce any documents in response to the requests.

Very truly yours,

Jason M. Kuselias

JMK/ct

cc:  Craig A. Raabe, Esq.
     Richard M. Strassberg, Esq.
     Jeffrey A. Simes, Esq.



EXHIBIT B

# ROBINSON & COLE LLP

JASON M. KUSELIAS

280 Trumbull Street
Hartford, CT 06103-3597
Main (860) 275-8200
Fax (860) 275-8299
jkuselias@rc.com
Direct (860) 275-8352

*Via Facsimile and Mail*

June 2, 2005

Terence J. Gallagher, Esq.
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901

Re:   **Frank, et al. v. Lovetere, et al.**

Dear Terry:

I am writing in regards to your letter dated May 25, 2005 which is in response to Reflexite Corporation's objection to the subpoena dated May 4, 2005.

Your letter does not address our threshold objection that the subpoena is an improper attempt to frustrate the Court's prior discovery ruling. Instead, you have requested that we clarify our final, specific objection, which asserts that certain document requests are overly broad, unduly burdensome and vague. Despite your contention, we believe that we have provided sufficient detail for all of our objections, and have included specific examples of how the document requests are improper. Without waiving any of our objections, we invite you to narrow the overly broad, unduly burdensome and vague requests to specifically identify documents directly relevant to your sole remaining claim.

Very truly yours,

Jason M. Kuselias

JMK/kmt

cc:   Craig A. Raabe, Esq.
      Jeffrey A. Simes, Esq.
      Richard M. Strassberg, Esq.

*Law Offices*

BOSTON

HARTFORD

NEW LONDON

STAMFORD

GREENWICH

NEW YORK CITY

SARASOTA

www.rc.com         HART1-1258325-1

**EXHIBIT C**

# ROBINSON & COLE LLP

CRAIG A. RAABE

280 Trumbull Street
Hartford, CT 06103-3597
Main (860) 275-8200
Fax (860) 275-8299
craabe@rc.com
Direct (860) 275-8304

August 12, 2005

Jeffrey A. Simes, Esq.
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022

Re: **Jonathan Frank, et al. v. Arthur Lovetere, et al.**

Dear Attorney Simes:

I am writing in follow-up to your recent conversations with Jason and your correspondence of August 3, 2005.





*Law Offices*
BOSTON
HARTFORD
NEW LONDON
STAMFORD
GREENWICH
WHITE PLAINS
NEW YORK CITY
SARASOTA

*www.rc.com*

# ROBINSON & COLE LLP

Jeffrey A. Simes, Esq.
August 12, 2005
Page 2


I will await your response.

Most sincerely,

*Craig A. Raabe /cag*
Craig A. Raabe

cc:   Jason M. Kuselias



ROBINSON & COLE LLP

EXHIBIT D

# ROBINSON & COLE LLP

JASON M. KUSELIAS

280 Trumbull Street
Hartford, CT 06103-3597
Main (860) 275-8200
Fax (860) 275-8299
jkuselias@rc.com
Direct (860) 275-8352

August 25, 2005

*Via Facsimile and Mail*

Jeffrey A. Simes, Esq.
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022

Re: **Jonathan Frank, et al. v. Arthur Lovetere, et al.**

Dear Attorney Simes:

I am writing in response to your letter of August 18, 2005.





*Law Offices*

BOSTON

HARTFORD

NEW LONDON

STAMFORD

GREENWICH

NEW YORK CITY

SARASOTA

www.rc.com

# ROBINSON & COLE LLP

Jeffrey A. Simes, Esq.
August 25, 2005
Page 2



We will await your response.

Very truly yours

Jason M. Kuselias

JMK/kmt
Enclosure

cc:   Craig A. Raabe, Esq.
      Jack S. Kennedy, Esq.

