UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| H. JONATHAN FRANK and FRANK FAMILY 1996 TRUST, | : <br> : <br> : | Civil Action No.: <br> 3:03-CV-1014(JBA)(JGM) |
| Plaintiffs, | : <br> : | |
| v. | : <br> : | |
| ARTHUR LOVETERE, CECIL URSPRUNG, LOUIS J. BACCEI, WORTH LOOMIS, THEODORE PATLOVICH, STEPHEN J. RAFFAY, WILLIAM P. ROWLAND and PETER EIO, | : <br> : <br> : <br> : | |
| Defendants. | : <br> : <br> : <br> : | SEPTEMBER 14, 2005 |

**COMPENDIUM OF UNREPORTED AUTHORITY**

| <u>Case</u> | <u>Tab</u> |
|---|---|
| <u>Dexia Credit Local v. Rogan</u>, No. 02C8288, 2004 WL 2898044 (N.D.Ill. Dec. 13, 2004) | 1 |
| <u>Funai Elec. Co., Ltd. v. Orion Elec. Co., Ltd.</u>, No. 02 Civ. 2605 (AGS)(JCF), 2002 WL 1808419 (S.D.N.Y. Aug. 7, 2002) | 2 |
| <u>Kimbro v. I.C. System, Inc.</u>, No. 3:01-CV-1676 (DJS), 2002 WL 1816820 (D. Conn. July 22, 2002) | 3 |
| <u>In re Priceline.com Inc. Sec. Litig.</u>, No. 3:00-CV-1884 (DJS), 2005 WL 1366450 (D. Conn. June 7, 2005) | 4 |
| <u>In re Publication Paper Antitrust Litig.</u>, No. 3:04-MD-1631 (SRU), 2005 WL 1629633 (D. Conn. July 5, 2005) | 5 |
| <u>Pullen v. Arrow Fin. Servs., LLC</u>, No. 3:02-CV-647 (DJS), 2002 WL 32864712 (D. Conn. Oct. 17, 2002) | 6 |
| <u>Saylavee LLC v. Hockler</u>, No. 3:04-CV-1344 (CFD/TPS), 2005 WL 1398653 (D. Conn. June 14, 2005) | 7 |

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via overnight courier, postage prepaid, this 14th day of September 2005, to:

Craig A. Raabe, Esq.
Jason M. Kuselias, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
(860) 275-8299

James T. Cowdery, Esq.
Sarah Merriam, Esq.
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555

Edward F. Spinella, Esq.
Reid and Riege, P.C.
One Financial Plaza
Hartford, CT 06103
(860) 240-1045

James T. Shearin, Esq.
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
Phone: (203) 330-2000

Terence J. Gallagher