UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

H. JONATHAN FRANK, and FRANK FAMILY
1996 TRUST,

                                            CIVIL NO.: 3:03cv1014 (JBA) (JGM)

                 Plaintiffs

V.

ARTHUR LOVETERE, CECIL URSPRUNG,
LOUIS J. BACCEI, WORTH LOOMIS,
THEODORE PATLOVICH, STEPHEN J.
RAFFAY, WILLIAM P. ROWLAND AND
PETER EIO,

                 Defendants.        OCTOBER 11, 2005

### REFLEXITE CORPORATION'S
### MOTION FOR EXPENSES

The previously named defendant, Reflexite Corporation ("Reflexite" or the "Corporation"), hereby moves pursuant to Conn. Gen. Stat. § 33-726 for an order directing the plaintiffs, H. Jonathan Frank and Frank Family 1996 Trust (hereinafter the "Plaintiffs" or the "Franks"), to pay Reflexite's expenses, including attorney's fees, incurred in defending the above-captioned action.

The Franks' claims against Reflexite, all of which were withdrawn by the Franks and/or dismissed by the Court, were brought "without probable cause or for an improper purpose." The Franks persisted with their claims despite being advised that the claims had no merit and the Franks did not withdraw their claims until after Reflexite was forced to incur substantial legal fees through needless litigation. Accordingly, Reflexite is statutorily entitled to reimbursement

**ORAL ARGUMENT REQUESTED/
TESTIMONY REQUIRED**

- 2 -

of its expenses and fees. <u>See</u> Conn. Gen. Stat. § 33-726. In support of its Motion, Reflexite submits a memorandum of law.

FORMER DEFENDANT
REFLEXITE CORPORATION


By _____
    Craig A. Raabe – ct04116
    Jason M. Kuselias – ct20293
    Robinson & Cole LLP
    280 Trumbull Street
    Hartford, CT 06103-3597
    Email: craabe@rc.com
    Email: jkuselias@rc.com
    Tel. No.: (860) 275-8200
    Fax No.: (860) 275-8299

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, on the 11th day of October, 2005, to:

Michael Considine, Esq.
Patricia M. Canavan, Esq.
Terence J. Gallagher, Esq.
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901

Richard M. Stassberg, Esq.
Jeffrey Alan Simes, Esq.
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022

James T. Shearin, Esq.
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

Edward F. Spinella, Esq.
Todd S. Federico, Esq.
Reid and Riege, P.C.
One Financial Plaza
Hartford, CT 06103

James T. Cowdery, Esq.
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, CT 06103-2703

_____
Jason M. Kuselias