# EXHIBIT C

GOODWIN | PROCTER

Jeffrey A. Simes
212.813.8879
goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
599 Lexington Avenue
New York, NY 10022
T: 212.813.8800
F: 212.355.3333

June 5, 2003

**By Facsimile and U.S. Mail**

Jack S. Kennedy, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford CT 06103-3597

Re:   **Frank Family Trust/Reflexite Corporation**

Dear Jack:

I have received your letter of May 29, 2003.

During our recent conversations, it has become clear that Reflexite is not interested in discussing means of providing liquidity to the Frank Family Trust on a basis comparable to that given in the past to Board members and other insiders. Instead, it appears from our conversations that the Board regards the proposed June 18 meeting as merely an attempt to justify its decision not to provide the Franks with what it has provided other shareholders and to delay the Franks' efforts to receive equitable treatment and protect their rights. As I mentioned to you, we do not see the benefit of having our clients travel across the country for such a discussion.

In several letters and numerous telephone calls, we have stated the Franks' position as clearly as we can. You have made it clear that Reflexite does not intend to act on the Franks' demands. In fact, your responses all involved speculating about possible action on Reflexite's part a year or more in the future, conditioned on events that may never come to pass. These responses are clearly inadequate, especially given that Reflexite has required no similar patience on the part of Board members seeking outcomes comparable to what the Franks seek.

Unfortunately, as it appears that there is nothing further to be gained from negotiations at this point, we are forced to initiate litigation to vindicate the Franks' rights. Enclosed please find a Complaint that was filed earlier today with the United States District Court for the District of Connecticut. Please let us know whether you and/or the various attorneys representing the company and the Board will accept service of the Complaint on the Defendants' behalf.

GOODWIN | PROCTER

Jack S. Kennedy, Esq.
June 5, 2003
Page 2


If you believe that further conversations may bear fruit, we would, of course, welcome them. Unless such discussions would involve tangible proposals that provide the Franks with appreciable liquidity, however, it would appear that the matter will have to be resolved by the Court.

Sincerely,

*[signature]*

Jeffrey A. Simes

Enclosure

cc:    Rich Strassberg