# EXHIBIT G

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

H. JONATHAN FRANK, and FRANK FAMILY
1996 TRUST (on behalf of themselves and
REFLEXITE CORPORATION)

CIVIL ACTION NO.: 3:03cv1014
(JBA)(JGM)

Plaintiffs

V.

ARTHUR LOVETERE, CECIL URSPRUNG,
LOUIS J. BACCEI, WORTH LOOMIS,
THEODORE PATLOVICH, STEPHEN J.
RAFFAY, WILLIAM P. ROWLAND, PETER EIO
(individually and in their capacity as members of
the Board of Directors of Reflexite Corporation)
and REFLEXITE CORPORATION

Defendants

OCTOBER 7, 2005

### AFFIDAVIT OF PHIL FERRARI

I, Phil Ferrari, being duly sworn, hereby depose and say:

1. I am over 18 years of age and understand the obligations of an oath.

2. I am the Chief Financial Officer of Reflexite Corporation ("Reflexite" or the "Corporation").

3. I make this Affidavit based upon my personal knowledge and review of the Corporation's financial records.

4. The Corporation has incurred $232,717.78 in expenses and legal fees in connection with the Demand made and derivative action brought by H. Jonathan Frank, and the Frank Family 1996 Trust, which expenses and legal fees are broken down as follows:

HART1-1286427-1

   a. Counsel to the Special Litigation Committee (Cummings & Lockwood), $63,361.75.

   b. Corporation's Counsel (Robinson & Cole LLP), $106,863.50.[1]

   c. Individual Defendants', Arthur Lovetere, Louis J. Baccei, Worth Loomis, Theodore Patlovich, Stephen J. Raffay, and Peter Eio, Counsel (Cowdery, Ecker & Murphy, L.L.C.), $25,739.50.[2]

   d. William Rowland's Counsel (Pullman & Comley, LLC), $36,753.03.[3]

I declare under penalty of perjury that the foregoing is true and accurate.

_____
Phil Ferrari

Subscribed and sworn to this
7 day of October, 2005
before me

_____
Commissioner of the Superior Court
Notary Public
My commission expires: 06/30/10

---

[1] The amount devoted to the defense of the Application for Prejudgment Remedy is $11,324.00.
[2] The Corporation has incurred expenses and fees on behalf of the Individual Defendants, which are prorated to reflect the time that their counsel devoted to defending the derivative claim.
[3] The Corporation has incurred expenses and fees on behalf of William Rowland, which are prorated to reflect that his counsel devoted a third of their time to defending the derivative claim.