

**CONFIRMATION OF FILING AND RECEIPT OF FEES**
61-304 REV. 2/89

STATE OF CONNECTICUT
**Office Of The Secretary Of The State**
Commercial Recording Division
30 TRINITY STREET, HARTFORD, CONNECTICUT 06106

NAME OF CORPORATION
REFLEXITE CORPORATION

| DOCUMENT FILED | FILING DATE | TOTAL FEES PAID |
|---|---|---|
| AMEND CERTIFICATE OF INCORPORATION | 09/JUL/1990 | $70.00 |

The information shown above pertains to documents filed in this office on account of the corporation indicated. The filing date is the date endorsed on the document pursuant to Section 33-285 or 33-422 of the Connecticut General Statutes. Any questions regarding this filing should be addressed to: THE ABOVE ADDRESS

```
ROBINSON & COLE
PHYLLIS R. WIEDA
ONE COMMERCIAL PLAZA
HARTFORD               CT      06103
```



CERTIFICATE AMENDING OR RESTATING CERTIFICATE OF INCORPORATION
61-38 Rev. 4/89
**Stock Corporation**

STATE OF CONNECTICUT
**SECRETARY OF THE STATE**
30 TRINITY STREET
HARTFORD, CT 06106

1. Name of Corporation

   Reflexite Corporation

2. The Certificate of Incorporation is: (Check One)

   [X] A. Amended only, pursuant to Conn. Gen. Stat. §33 - 360.

   [ ] B. Amended and restated, pursuant to Conn. Gen. Stat. §33 - 362(c).

   [ ] C. Restated only, pursuant to Conn. Gen. Stat. §33 - 362(a).

   (Set forth here the resolution of amendment and/or restatement. Use a 8 1/2 X 11 attached sheet if more space is needed).

   See Attachment

   [ ] D. Restated and superseded pursuant to Conn. Gen. Stat. §33 - 362(d).
   (Set forth here the resolution of amendment and/or restatement. Use a 8 1/2 X 11 attached sheet if more space is needed).

   (If 2A is checked, go to 5 to complete this certificate. If 2B or 2C is checked, complete 3A or 3B. If 2D is checked, complete 4)

3. (Check one)

   [ ] A. This certificate purports merely to restate but not to change the provisions of the original Certificate of Incorporation as supplemented and amended to date, and there is no discrepancy between the provisions of the original Certificate of Incorporation as supplemented and amended to date, and the provisions of this Restated Certificate of Incorporation. (If 3A is checked, go to 5 to complete this certificate).

   [ ] B. This Restated Certificate of Incorporation shall give effect to the amendment(s) and purports to restate all those provisions now in effect not being amended by such new amendment(s). (If 3B is checked, check 4, if true, and go to 5 to complete this Certificate).

4. (Check, if true)

   [ ] This restated Certificate of Incorporation was adopted by the greatest vote which would have been required to amend any provision of the Certificate of Incorporation as in effect before such vote and supersedes such Certificate of Incorporation.

(0002J-32)

5. The manner of adopting the resolution was as follows: (Check <u>one</u> A, or B, or C).

☒ A. By the board of directors and shareholders, pursuant to Conn. Gen. Stat. §33 - 360.
Vote of Shareholders: (Check (i) or (ii), and check (iii) if applicable).

(i) ☒ No shares are required to be voted as a class; the shareholder's vote was as follows:

Vote Required for Adoption __230,122__    Vote Favoring Adoption __288,698__

(ii) ☐ There are shares of more than one class entitled to vote as a class.  The designation of each class required for adoption of the resolution and the vote of each class in favor of adoption were as follows:
(Use an 8 1/2 x 11 attached sheet if more space is needed).

(iii) ☐ Check here if the corporation has 100 or more recordholders, as defined in Conn. Gen. Stat. §33 - 311a(a).

☐ B. By the board of directors acting alone, pursuant to Conn. Gen. Stat. § 33 - 360(b)(2).

The number of affirmative votes required to adopt such resolution is: _____

The number of directors' votes in favor of the resolution was: _____

We hereby declare, under the penalties of false statement, that the statements made in the foregoing certificate are true:

| (Print or Type) | Signature | (Print or Type) | Signature |
|---|---|---|---|
| Name of Pres. ~~XXXXXXX~~ Cecil Ursprung | *[signed]* | Name of Sec/~~XXXXXXXX~~ William P. Rowland | *[signed]* William P. Rowland |

☐ C. The corporation does not have any shareholders. The resolution was adopted by vote of at least two-thirds of the incorporators before the organization meeting of the corporation, and approved in writing by all subscribers (if any) for shares of the corporation.

We (at least two-thirds of the incorporators) hereby declare, under the penalties of false statement, that the statements made in the foregoing certificate are true.

| Signed | Signed | Signed |
|---|---|---|
| Signed | Signed | Signed |

Dated at __New Britain, CT__ this ✓ __6th__ day of ✓ __July__, 19 __90__

APPROVED by all subscribers, if none, so state: _____
(Use an 8 1/2 X 11 attached sheet if more space is needed)

Rec, CC, GS: (Type or Print)

PHYLLIS R. WIEDA
ROBINSON & COLE
ONE COMMERCIAL PLAZA
HARTFORD, CT 06103-3597

Please provide filer's name and complete address for mailing receipt

Attachment to
Certificate Amending or Restating
Certificate of Incorporation

REFLEXITE CORPORATION

RESOLVED: That the Certificate of Incorporation of the Corporation be amended by adding the following Paragraph 7 which shall read in its entirety as follows:

"7. A director of the Corporation shall not be liable to the Corporation or its shareholders for monetary damages for breach of duty as a director in an amount in excess of the compensation received by such director for serving the Corporation during the year of such breach (or such lesser amount as may hereafter be permitted by the Connecticut Stock Corporation Act), except to the extent such exemption from liability of limitation thereof is not permitted under the Connecticut Stock Corporation Act as currently in effect or as the same may hereafter be amended. No amendment, modification or repeal of this provision shall adversely affect any right or protection of a director that exists at the time of such amendment, modification or repeal."