UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| H. JONATHAN FRANK and FRANK FAMILY 1996 TRUST, | : | Civil Action No. |
| | : | 3:03-CV- 1014 (JBA) |
| Plaintiffs, | : | |
| v. | : | |
| ARTHUR LOVETERE, CECIL URSPRUNG, LOUIS J. BACCEI, WORTH LOOMIS, THEODORE PATLOVICH, STEPHEN J. RAFFAY, WILLIAM P. ROWLAND and PETER EIO, | : | |
| Defendants. | : | DECEMBER 6, 2005 |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO AMEND**

Plaintiffs H. Jonathan Frank and the Frank Family 1996 Trust (the "Franks"), by their undersigned counsel, hereby respond to the motion by defendants LoVetere, Baccei, Loomis, Patlovich, Raffay, Rowland and Eio to amend their Answer and Affirmative Defenses, to assert an additional separate defense. The Franks consent to the amendment of the Answer to include the additional defense. In giving their consent, the Franks do not concede the validity or applicability of the additional defense or waive any motion the Franks might make concerning the additional defense. Further, the Franks assert their right to take discovery concerning the additional defense.

Respectfully submitted,

H. JONATHAN FRANK AND 1996
FRANK FAMILY TRUST,


　　/s/ Terence J. Gallagher
Terence J. Gallagher (ct22415)
Jonathan B. Tropp (ct11295)
DAY, BERRY & HOWARD LLP
One Canterbury Green
Stamford, CT  06901
(203) 977-7300 (phone)
(203) 977-7301 (facsimile)

-and-

Richard A. Strassberg, Esq. (ct24905)
Jeffrey A. Simes, Esq. (ct24906)
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, New York 10022
(212) 813-8800

Attorneys for Plaintiffs

2

## CERTIFICATE OF SERVICE

      I hereby certify that on December 6, 2005 a true copy of the foregoing document was served via first class mail, postage pre-paid, upon all counsel of record.

| | |
|---|---|
| James T. Cowdery, Esq. | Edward F. Spinella, Esq. |
| Sarah A. L. Merriam, Esq. | Reid and Riege, P.C. |
| Cowdery, Ecker & Murphy, L.L.C. | One Financial Plaza |
| 750 Main Street | Hartford, CT 06103 |
| Hartford, CT 06103-2703 | |

          /s/ Terence J. Gallagher
                Terence J. Gallagher