```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

H. Jonathan Frank and            :
Frank Family Trust,              :
    Plaintiffs,                  :
                                 :    Civil No. 3:03cv1014(JBA)
v.                               :
                                 :
Arthur LoVetere, et al.,         :
    Defendants.                  :

### ENDORSEMENT ORDER [Doc. # 144]

Defendants' Motion to Amend Answer and Affirmative Defenses [Doc. # 144] is granted absent objection.

The Clerk is directed to docket the Amended Answer.

                                  IT IS SO ORDERED.

                                        /s/

                                _____
                                JANET BOND ARTERTON, U.S.D.J.

**Dated at New Haven, Connecticut, this 20th day of December, 2005.**