UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------x
H. JONATHAN FRANK            :    Docket No. 3:03CV01014(JBA)
and FRANK FAMILY 1996 TRUST, :
                             :
    Plaintiffs,              :
                             :
v.                           :
                             :
ARTHUR LOVETERE, et al.,     :
                             :
    Defendants.              :    December 22, 2005
---------------------------------x

## MOTION FOR EXTENSION OF TIME ON CONSENT

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Rules of Civil Procedure, defendants Arthur LoVetere, Louis Baccei, Worth Loomis, Theodore Patlovich, Stephen Raffay, Peter Eio, and William Rowland hereby move for extensions of time within which to respond and/or object to the plaintiffs' discovery requests served on counsel for the defendants on November 29, 2005. The responses are currently due on or before December 28, 2005. This is the defendants' first request for an extension of time to respond to these discovery requests. The defendants request extensions of this deadline to and including the following dates:

| | |
|---|---|
| Theodore Patlovich | January 13, 2006 |
| Louis J. Baccei | January 13, 2006 |
| Steven J. Raffay | January 20, 2006 |
| Peter Eio | January 27, 2006 |
| Worth Loomis | January 27, 2006 |
| Arthur LoVetere | January 27, 2006 |
| William Rowland | January 27, 2006 |

The defendants require additional time to respond to these discovery requests because: (1) four of the seven defendants reside out of state, making the preparation of their responses especially time-consuming; (2) one of the defendants, William Rowland, is in poor health and is legally blind, requiring special accommodations for preparation of his responses; and (3) the holiday vacation schedules of the defendants, counsel, and staff have made the gathering and processing of the requested information logistically difficult. Undersigned counsel notes that the plaintiffs have already received substantial discovery from these defendants, and that the extensions requested will ensure that the plaintiffs receive each defendant's responses at least ten days before that defendant's scheduled deposition.

Counsel for the plaintiffs, Jeffrey Simes, has indicated that he consents to this request.

>                THE DEFENDANTS
>
>                ARTHUR LOVETERE, LOUIS J. BACCEI,
>                WORTH LOOMIS, THEODORE PATLOVICH,
>                STEPHEN J. RAFFAY, PETER EIO and
>                WILLIAM ROWLAND
>
> By:            _____
>                James T. Cowdery (ct05103)
>                Sarah A. L. Merriam (ct25379)
>                Cowdery, Ecker & Murphy, L.L.C.
>                750 Main Street
>                Hartford, CT 06103
>                Tel: (860) 278-5555
>                Fax: (860) 249-0129
>                E-mail: jcowdery@cemlaw.com

## **CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing Motion for Extension of Time was sent on December 22, 2005, via facsimile and via U.S. Mail, first-class, postage pre-paid to all counsel of record as follows:

Jonathan B. Tropp, Esq.
Terrence Gallagher, Esq.
Day, Berry & Howard, LLP
One Canterbury Green
Stamford, CT  06901

Jason J. Kuselias, Esq.
Craig A. Raabe, Esq.
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT  06103-3597

Richard M. Strassberg, Esq.
Jeffrey Alan Simes, Esq.
Goodwin Procter, LLP
599 Lexington Avenue
New York, NY  10022

Edward F. Spinella, Esq.
Todd S. Federico, Esq.
Reid and Riege, P.C.
One Financial Plaza
Hartford, CT  06103

James T. Shearin, Esq.
Pullman & Comley
850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006

_____
Sarah A. L. Merriam