```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF CONNECTICUT
```

H. Jonathan Frank and           :
Frank Family Trust,             :
    Plaintiffs,                  :
                                    :    Civil No. 3:03cv1014(JBA)
v.                              :
                                    :
Arthur LoVetere, et al.,        :
    Defendants.                   :

### ENDORSEMENT ORDER [Doc. # 149]

Defendant Ursprung's Motion to Amend Answer and Affirmative Defenses [Doc. # 149] is granted absent objection.

The Clerk is directed to docket the Amended Answer.

                                      IT IS SO ORDERED.


                                      /s/_____
                                      JANET BOND ARTERTON, U.S.D.J.

**Dated at New Haven, Connecticut, this 28th day of December, 2005.**