UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
------------------------------x
H. JONATHAN FRANK              :    Docket No. 3:03CV01014(JBA)
and FRANK FAMILY 1996 TRUST,   :
                               :
     Plaintiffs,               :
                               :
v.                             :
                               :
ARTHUR LOVETERE, et al.,       :
                               :
     Defendants.               :    January 6, 2006
------------------------------x
```

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, the undersigned hereby moves for leave to withdraw as counsel of record for defendants Arthur LoVetere, Louis Baccei, Worth Loomis, Theodore Patlovich, Stephen Raffay, Peter Eio and William Rowland. The undersigned is leaving the firm of Cowdery, Ecker & Murphy, LLC. James T. Cowdery of Cowdery, Ecker & Murphy, LLC has already filed an appearance on behalf of these defendants, and no hardship will be occasioned by this withdrawal. A copy of this motion has been served on defendants Arthur LoVetere, Louis Baccei, Worth Loomis, Theodore Patlovich, Stephen Raffay, Peter Eio and William Rowland by certified mail on this date.

          THE DEFENDANTS

          ARTHUR LOVETERE, LOUIS J. BACCEI,
          WORTH LOOMIS, THEODORE PATLOVICH,
          STEPHEN J. RAFFAY, PETER EIO and
          WILLIAM ROWLAND

By:        _____
          James T. Cowdery (ct05103)
          Sarah A. L. Merriam (ct25379)
          Cowdery, Ecker & Murphy, L.L.C.
          750 Main Street
          Hartford, CT 06103
          Tel: (860) 278-5555
          Fax: (860) 249-0129
          E-mail: smerriam@cemlaw.com

**CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing Motion To Withdraw as Counsel was sent on January 6, 2006, via U.S. Mail, first-class, postage pre-paid to all counsel of record as follows:

Jonathan B. Tropp, Esq.
Terrence Gallagher, Esq.
Day, Berry & Howard, LLP
One Canterbury Green
Stamford, CT  06901

Richard M. Strassberg, Esq.
Jeffrey Alan Simes, Esq.
Goodwin Procter, LLP
599 Lexington Avenue
New York, NY  10022

Edward F. Spinella, Esq.
Todd S. Federico, Esq.
Reid and Riege, P.C.
One Financial Plaza
Hartford, CT  06103

James T. Shearin, Esq.
Pullman & Comley
850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006

This is to further certify that a copy of the foregoing has been sent via certified mail on January 6, 2006, to the clients of the undersigned, as follows:

Mr. Arthur J. LoVetere
12 Camden Road
Narragansett, RI  02882

Mr. Worth Loomis
70 Terry Road
Hartford, CT  06105

Mr. Stephen J. Raffay
20 Tower Lane
Avon, CT  06001

Mr. Louis J. Baccei
24 Eagle Claw Drive
Hilton Head Island, SC  29926

Mr. Theodore F. Patlovich
314 Big Horn Ridge, N.E.
Albuquerque, NM  87122

Mr. Peter Eio
70-3 Sill Lane
Old Lyme, CT  06371

Mr. William P. Rowland
85 Nevada Oval
Plattsburgh, NY  12903

_____
Sarah A. L. Merriam