FILED

2006 JAN 23 P 2: 10

U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| H. JONATHAN FRANK, MORGAN FRANK, AND FRANK FAMILY 1996 TRUST<br>Plaintiffs<br><br>vs.<br><br>ARTHUR LOVETERE, CECIL URSPRUNG, LOUIS J. BACCEI, WORTH LOOMIS, THEODORE PATLOVICH, STEPHEN J. RAFFAY, WILLIAM P. ROWLAND, PETER EIO (individually and in their capacity as members of the Board of Directors Of Reflexite Corporation) and REFLEXITE CORPORATION<br>Defendants | DOCKET NO. JBA<br>3:03 CV 1014 (RNC)<br><br><br><br><br>January 20, 2006 |

## MOTION FOR LEAVE OF COURT TO WITHDRAW AS COUNSEL

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, the undersigned, Todd S. Federico, hereby moves this Court for leave to withdraw as counsel of record for the Defendant Cecil Ursprung ("Defendant Ursprung") in the above-captioned action. In support of this motion, the undersigned represents as follows:

1. The undersigned has been one of the counsel of record for the Defendant Ursprung.

12418.001/403248.1

2. The undersigned will be leaving the employ of Reid and Riege, P.C. on January 27, 2006.

3. Edward F. Spinella, Esq. has an appearance on behalf of the Defendant Ursprung and will continue to represent the Defendant Ursprung.

4. A copy of this motion has been mailed by certified mail, return receipt requested to the Defendant Ursprung.

**WHEREFORE**, the undersigned respectfully requests that this Court grant the undersigned's leave to withdraw his appearance as counsel for Defendant Cecil Ursprung.

Dated at Hartford, Connecticut this 20th day of January, 2006.

                                              Todd S. Federico
                                              Fed. Ct. No. ct25163
                                              Reid and Riege, P.C.
                                              One Financial Plaza
                                              Hartford, CT 06103
                                              Tel.  860-278-1150
                                              Fax:  860-240-1002

12418.001/336677.1

## CERTIFICATION

I hereby certify that on the 20th day of January, 2006, a copy of the foregoing Motion for Leave of Court to Withdraw Appearance as Counsel was sent by first class mail, postage prepaid, to:

Michael Considine, Esq.
Patricia M. Canavan, Esq.
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901
Tel. # (203) 977-7300
 *Attorneys for Plaintiffs*

Richard M. Strassberg, Esq.
Jeffrey Alan Simes, Esq.
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022
Tel. # (212) 813-8800
 *Attorneys for Plaintiffs*

Cowdery, Ecker & Murphy, LLC
James T. Cowdery, Esquire
750 Main Street
Hartford, CT 06103-2703
Tel. # (860) 278-5555
*Attorneys for Defendants
Lovetere, Baccei, Loomis,
Patlovich, Raffay, and Eio*

_____
Todd S. Federico

12418.001/336677.1