UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| H. JONATHAN FRANK and FRANK FAMILY 1996 TRUST, | : Civil Action No.<br>: 3:03-CV- 1014 (JBA) |
| Plaintiffs, | : |
| v. | : |
| ARTHUR LOVETERE, CECIL URSPRUNG, LOUIS J. BACCEI, WORTH LOOMIS, THEODORE PATLOVICH, STEPHEN J. RAFFAY, WILLIAM P. ROWLAND and PETER EIO, | :<br>:<br>:<br>: |
| Defendants. | : FEBRUARY 17, 2006 |

**PLAINTIFFS' UPDATED STATUS REPORT**

Pursuant to the Court's Order dated January 11, 2006, Plaintiffs H. Jonathan Frank and the Frank Family 1996 Trust, through their undersigned counsel, hereby submit the following Updated Status Report.

    A.    Status

The parties remain in discovery and have commenced deposition discovery. The discovery cut-off date is currently May 15, 2006. Plaintiffs believe that all discovery will be completed within this deadline if the case is not settled as discussed below. There are no pending motions.

    B.    Referral for Settlement to Magistrate or Special Master

The parties are currently discussing a potential settlement of this matter. To aid that process, the parties have retained a private mediator. A mediation has been scheduled for

March 9, 2006.  The parties have sought, and Magistrate Judge Margolis has granted, an extension of discovery deadlines to accommodate these discussions.

        Respectfully submitted,

        JONATHAN FRANK AND
        FRANK FAMILY TRUST,


          /s/ Terence J. Gallagher
        Terence J. Gallagher (ct22415)
        Jonathan B. Tropp (ct11295)
        DAY, BERRY & HOWARD LLP
        One Canterbury Green
        Stamford, CT  06901
        (203) 977-7300 (phone)
        (203) 977-7301 (facsimile)

        -and-

        Richard A. Strassberg, Esq. (ct24905)
        Jeffrey A. Simes, Esq. (ct24906)
        GOODWIN PROCTER LLP
        599 Lexington Avenue
        New York, New York 10022
        (212) 813-8800

        Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

       I hereby certify that on February 17, 2006 a true copy of the foregoing document was served via first class mail, postage pre-paid, upon all counsel of record.

| | |
|---|---|
| James T. Cowdery, Esq. | Edward F. Spinella, Esq. |
| Cowdery, Ecker & Murphy, L.L.C. | Reid and Riege, P.C. |
| 750 Main Street | One Financial Plaza |
| Hartford, CT 06103-2703 | Hartford, CT 06103 |

                                              /s/ Terence J. Gallagher
                                                Terence J. Gallagher