## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**FRANK**

**VS**

**CIVIL NO: 3:03CV1014 (JBA)**

**LoVETERE**

### NOTICE TO COUNSEL

The above-entitled case was reported to the Court on April 3, 2006 as settled by the parties.   Under D.Conn.L.Civ.R. 41(b), a matter reported to be settled is to be dismissed if closing papers are not filed within (30) days thereafter.

Accordingly, an order of dismissal will be entered on May 3, 2006, unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact to be settled.  The Court appreciates the parties' efforts in resolving this matter.

Dated at New Haven, Connecticut:   April 4, 2006.


KEVIN F. ROWE, CLERK


By_____/s/_____
            Betty J. Torday
            Deputy Clerk