UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------x
:
H. JONATHAN FRANK and FRANK            :   No. 3:03CV01014(JBA)
FAMILY 1996 TRUST,                     :
                Plaintiffs,           :
:
v.                                     :
:
ARTHUR LOVETERE, CECIL URSPRUNG,       :
LOUIS J. BACCEI, WORTH LOOMIS,         :
THEODORE PATLOVICH, STEPHEN J.         :
RAFFAY, WILLIAM P. ROWLAND, and        :
PETER EIO,                             :
                Defendants.          :
:   April 10, 2006
---------------------------------------------------------------x

## STIPULATION OF DISMISSAL

The parties, having reached a settlement of this matter, hereby stipulate through their undersigned counsel pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure to the dismissal of this action with prejudice and with each party bearing its own costs.

PLAINTIFFS,

H. JONATHAN FRANK & FRANK FAMILY
1996 TRUST

By: _____
Jeffrey A. Simes (ct24905)
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022
(212) 813-8800
jsimes@goodwinprocter.com

-- and--

Terence J. Gallagher (ct22415)
Day, Berry & Howard
One Canterbury Green
Stamford, CT 06901
(203) 977-7300
tjgallagher@dbh.com

DEFENDANTS

ARTHUR LOVETERE, LOUIS J. BACCEI, WORTH LOOMIS, THEODORE PATLOVICH, STEPHEN J. RAFFAY, WILLIAM ROWLAND and PETER EIO

By: _____
James T. Cowdery, Esq. (ct05103)
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, CT 06103
Tele.: (860) 278-5555
Fax.: (860) 249-0012
E-mail: jcowdery@cemlaw.com

DEFENDANT

CECIL URSPRUNG

By: _____
Edward F. Spinella (ct00102)
Reid & Riege, PC
One Financial Plaza
Hartford, CT 06103
Tele: (860) 240-1045
Fax: (860) 240-1002
E-Mail: espinella@reidandriege.com

2

## **CERTIFICATION**

      THIS IS TO CERTIFY that a copy of the foregoing Stipulation of Dismissal was sent on April 13, 2006, via U.S. Mail, first-class, postage pre-paid to all counsel of record as follows:

Terence J. Gallagher, Esq.
Day, Berry & Howard, LLP
One Canterbury Green
Stamford, CT 06901

James T. Cowdery, Esq.
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, CT 06103

Edward F. Spinella, Esq.
Todd S. Federico, Esq.
Reid and Riege, P.C.
One Financial Plaza
Hartford, CT 06103

                                                                 Jeffrey A. Simes