UNITED STATES DISTRICT COURT
                       DISTRICT OF CONNECTICUT

H. Jonathan Frank, Morgan Frank    :
and Frank Family Trust,            :
    Plaintiffs,                    :
                                   :    Civil No. 3:03cv1014(JBA)
v.                                 :
                                   :
Arthur LoVetere, et al.,           :
    Defendants.                    :


**ENDORSEMENT ORDER [Doc. # 165]**

The Stipulation of Dismissal [Doc. # 165] is APPROVED and this case is ORDERED dismissed in its entirety as to all parties.

                           IT IS SO ORDERED.

                           /s/

                           _____
                           JANET BOND ARTERTON, U.S.D.J.

**Dated at New Haven, Connecticut, this 26th day of April, 2006.**